| | |
|---|---|
| 1 | MERRIAM LAW FIRM, P.C. |
| | Ted Merriam |
| 2 | Kevin Planegger |
| | *Pro hac vice applications to be filed* |
| 3 | 1625 Broadway, Suite 770 |
| | Denver, CO  80202 |
| 4 | Telephone: (303) 592-5404 |
| | Facsimile: (303) 592-5439 |
| 5 | |
| | LATHAM & WATKINS LLP |
| 6 | Steven M. Bauer (Bar No. 135067) |
| | Margaret A. Tough (Bar No. 218056) |
| 7 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California  94111-6538 |
| 8 | Telephone:  415.391.0600 |
| | Facsimile:  415.395.8095 |
| 9 | *steven.bauer@lw.com* |
| | *margaret.tough@lw.com* |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | JOHN LARSON |

ORIGINAL FILED
2011 JUN 23 A 11: 01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

DMR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LARSON, | CV CASE NO. 11 3093 |
| Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| UNITED STATES OF AMERICA, | [LOCAL RULE 3-16] |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that other than the named parties to this action, no parties are known that have either a financial interest in the subject matter in controversy or in a party to the proceeding, or other interest that could be substantially affected by the outcome of this proceeding.

Dated: June 23, 2011

Respectfully submitted,

LATHAM & WATKINS LLP
   Steven M. Bauer
   Margaret A. Tough

By _____
   Margaret A. Tough
   Attorneys for Plaintiff
   John Larson

MERRIAM LAW FIRM, P.C.
   Ted Merriam
   Kevin Planegger
   *Pro hac vice applications to be filed*

By _____
   Kevin Planegger
   Attorneys for Plaintiff
   John Larson