| | |
|---|---|
| 1 | MERRIAM LAW FIRM, P.C. |
| |    Ted Merriam |
| 2 |    Kevin Planegger |
| |    *Pro hac vice applications to be filed* |
| 3 | 1625 Broadway, Suite 770 |
| | Denver, CO  80202 |
| 4 | Telephone: (303) 592-5404 |
| | Facsimile: (303) 592-5439 |
| 5 | |
| 6 | LATHAM & WATKINS LLP |
| |    Steven M. Bauer (Bar No. 135067) |
| 7 |    Margaret A. Tough (Bar No. 218056) |
| | 505 Montgomery Street, Suite 2000 |
| 8 | San Francisco, California  94111-6538 |
| | Telephone:  415.391.0600 |
| 9 | Facsimile:  415.395.8095 |
| | *steven.bauer@lw.com* |
| 10 | *margaret.tough@lw.com* |
| 11 | Attorneys for Plaintiff |
| | JOHN LARSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN LARSON, | CASE NO.  CV-11-3093-DMR |
|       Plaintiff, | PROOF OF SERVICE OF SUMMONS AND COMPLAINT |
| v. | |
| UNITED STATES OF AMERICA, | |
|       Defendant. | |

MARGARET A. TOUGH (SBN 218056)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : JOHN M. LARSON

Defendant : UNITED STATES OF AMERICA

Ref#: 294393         *   **PROOF OF SERVICE**   *   Case No.: CV 11 3093 DMR

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR JUDICIAL REVIEW OF JEOPARDY ASSESSMENT AND JEOPARDY LEVY PURSUANT TO 26 U.S.C. SECTION 7429; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; THE UNITED STATES DISTRICT COURT LOCAL RULES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU; ECF REGISTRATION INFORMATION HANDOUT; PROOF OF SERVICE

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party served      : MELINDA HAAG, UNITED STATES ATTORNEY, NORTHERN
                    DISTRICT OF CALIFORNIA

By serving        : Elsie Sato, Receptionist

Address           : Federal Courthouse
                    450 Golden Gate Avenue, 11th Floor
                    San Francisco, CA 94102

Date of Service:  June 23, 2011

Time of Service:  3:05 PM

Person who served papers:
FERGUS TANAKA
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $85.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1200
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 27, 2011                           Signature_____