1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11  John Larson

No. C  CV-11-3093

12

Plaintiff(s),

**DECLINATION TO PROCEED BEFORE**
13                                                                      **A MAGISTRATE JUDGE**
         v.                                                                      **AND**
14  United States of America                              **REQUEST FOR REASSIGNMENT TO A**
                                                                          **UNITED STATES DISTRICT JUDGE**
15

Defendant(s).
16  _____/

17

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
         The undersigned party hereby declines to consent to the assignment of this case to a United
19
States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
a United States District Judge.
21

22  Dated: _4/2ª/2011_____

Signature _____
23
Counsel for  Plaintiff
24                                                (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **June 29, 2011**, I served the following document described as:

### DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Melinda Haag
United States Attorney, Northern District of California
Federal Courthouse
P.O. Box 36055
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 29, 2011**, at San Francisco, California.

_____
Doreen M. Griffin