

Clerk's Use Only

Initial for fee pd.:

Ted. H. Merriam
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202
Tel. 303.592.5404

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



FILED
JUN 29 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

John Larson

              Plaintiff(s),

v.

United States of America

              Defendant(s).

CASE NO. CV-11-3093-DMR

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Ted. H. Merriam, an active member in good standing of the bar of Colorado, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff, John Larson in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Steven M. Bauer, Latham & Watkins, LLP
505 Montgomery St., Suite 2000, San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2011

_Ted H. Merriam_
Ted H. Merriam