

Clerk's Use Only

Initial for fee pd.:

```
1   Kevin A. Planegger
    Merriam Law Firm, P.C.
    1625 Broadway, Suite 770
    Denver, CO 80202
    Tel. 303.592.5404
```



FILED

JUN 29 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

John Larson

                Plaintiff(s),

v.

United States of America

                Defendant(s).

CASE NO. CV-11-3093-DMR

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, **Kevin A. Planegger**, an active member in good standing of the bar of **Colorado**, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing **Plaintiff, John Larson** in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Steven M. Bauer, Latham & Watkins, LLP
   505 Montgomery St., Suite 2000, San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2011

Kevin A. Planegger