**RECEIVED**

JUN 29 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

John Larson

    Plaintiff,

v.

United States of America

    Defendant.

CASE NO. CV-11-3093-DMR

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kevin A. Planegger, whose business address and telephone number is

Merriam Law Firm, P.C.,
1625 Broadway, Suite 770, Denver, CO 80202
Tel. 303.592.5404

and who is an active member in good standing of the bar of   Colorado

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing   Plaintiff, John Larson.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                  Donna M. Ryu
                                                United States Magistrate Judge