MERRIAM LAW FIRM, P.C.
Ted Merriam
Kevin Planegger
*Pro hac vice applications to be filed*
1625 Broadway, Suite 770
Denver, CO 80202
Telephone: (303) 592-5404
Facsimile: (303) 592-5439

LATHAM & WATKINS LLP
    Steven M. Bauer (Bar No. 135067)
    Margaret A. Tough (Bar No. 218056)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
*steven.bauer@lw.com*
*margaret.tough@lw.com*

Attorneys for Plaintiff
JOHN LARSON

FILED
JUN 29 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LARSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NO.  CV-11-3093-DMR<br><br>PROOF OF SERVICE |

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **June 29, 2011**, I served the following document described as:

1. APPLICATION FOR ADMISSION OF ATTORNEY KEVIN A. PLANEGGER *PRO HAC VICE*

2. APPLICATION FOR ADMISSION OF ATTORNEY TED H. MERRIAM *PRO HAC VICE*

3. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KEVIN A. PLANEGGER *PRO HAC VICE*

4. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY TED H. MERRIAM *PRO HAC VICE*

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described documents and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Melinda Haag
United States Attorney, Northern District of California
Federal Courthouse
P.O. Box 36055
450 Golden Gate Avenue, 11th Floor
San Francisco, CA  94102

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 29, 2011**, at San Francisco, California.

_____
Jennifer A. Kolin