**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number
510.637.3530

July 1, 2011

**CASE NUMBER:  CV 11-03093 DMR**
**CASE TITLE:  JOHN LARSON-v-UNITED STATES OF AMERICA**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: July 1, 2011

FOR THE EXECUTIVE COMMITTEE:

_____
         Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies         Special Projects
Log Book Noted                        Entered in Computer 07/01/11 cjl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA