IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LARSON, | No. C 11-03093 WHA |
| Plaintiff, | |
| v. | **PROCEDURAL SCHEDULING ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. / | |

The above-captioned action was filed on June 23, 2011, and was reassigned to the undersigned judge on July 1. Pursuant to 26 U.S.C. 7429(b), the requested reasonableness and appropriateness determinations must be made within 20 days of commencement of the action. The deadline is July 13, 2011.

Defendant may file a response to plaintiff's complaint by **NOON ON JULY 8, 2011**. Plaintiff may not file any reply. A decision will be issued without oral argument unless otherwise stated.

**The clerk shall immediately serve a copy of this order on the United States Attorney for the Northern District of California.**

**IT IS SO ORDERED.**

Dated: July 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE