UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN LARSON,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.
                                  /

Case Number: CV11-03093 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

*#13 - PROCEDURAL SCHEDULING ORDER.*

United States Attorney
for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: July 5, 2011

                                            Richard W. Wieking, Clerk

                                            By: William Noble, Deputy Clerk