MELINDA L. HAAG
United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

JAMES E. WEAVER
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-4929
james.e.weaver@usdoj.gov
adair.f.boroughs@usdoj.gov

*Attorneys for the United States of America*

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN LARSON** | ) **NO.  C 11-03093-WHA** |
| | ) |
| **Plaintiff,** | ) **NOTICE OF APPEARANCE AND** |
| | ) **REQUEST FOR NOTICE** |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the appearances of James E. Weaver and Adair F. Boroughs as counsel for the United States of America in this matter.  Mr. Weaver and Ms. Boroughs enter their appearances and request that all notices given or required to be given and all papers served or required to be served in this case  upon the United States of America be given to and served upon the following:

James E. Weaver
Adair F. Boroughs
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-4929

james.e.weaver@usdoj.gov
adair.f.boroughs@usdoj.gov

Dated:       July 5, 2011

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney


                                    /s/James E. Weaver
                                    James E. Weaver
                                    Adair F. Boroughs
                                    Trial Attorneys, Tax Division
                                    U.S. Department of Justice
                                    P.O. Box 683, Ben Franklin Station
                                    Washington, D.C.  20044-0683
                                    Telephone: (202) 305-4929

**CERTIFICATE OF SERVICE**

It is hereby certified that service of this Notice of Appearance and Request for Notice has been made this 5th day of July, 2011 by the CM/ECF system and also by placing copies in the United States mail in postage prepaid envelopes addressed to the following:

Ted Merriam
Kevin Planegger
MERRIAM LAW FIRM, P.C.
1625 Broadway, Suite 770
Denver, CO 80202
and

Steven M. Bauer
Margaret A. Tough
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Attorneys for Plaintiff

<u>/s/ James E. Weaver</u>
Trial Attorney
United States Department of Justice