Clerk's Use Only

Initial for fee pd.:

Ted H. Merriam
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202
Phone: 303-592-5404

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

John Larson

          Plaintiff(s),

**CASE NO.** CV-11-3093-WHA

       v.

United States of America

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

          Defendant(s).     /

Pursuant to Civil L.R. 11-3, Ted H. Merriam , an active member in good standing of the bar of Colorado Supreme Court , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff, John Larson in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Steven M. Bauer, Latham & Watkins, LLP
505 Montgomery St., Suite 2000, San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2011

Ted H. Merriam