IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

John Larson

        Plaintiff,

v.

United States of America

        Defendant.

CASE NO. CV-11-3093- WHA

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Ted H. Merriam, whose business address and telephone number is

Merriam Law Firm, P.C.
1625 Broadway, Suite 770, Denver, CO 80202
Phone: 303-592-5404

and who is an active member in good standing of the bar of Colorado Supreme Court having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff, John Larson

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 6, 2011

_____
United States District     Judge