| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Kevin A. Planegger
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202
Phone: 303-592-5404

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

John Larson

          Plaintiff(s),

    v.

United States of America

          Defendant(s).

CASE NO. CV-11-3093-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

    Pursuant to Civil L.R. 11-3, Kevin A. Planegger, an active member in good standing of the bar of Colorado Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff, John Larson in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Steven M. Bauer, Latham & Watkins, LLP
505 Montgomery St., Suite 2000, San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2011

Kevin A. Planegger