1
2
3          IN THE UNITED STATES DISTRICT COURT
4
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   John Larson                           **CASE NO.** CV-11-3093- WHA
8
                Plaintiff,                ~~(Proposed)~~
9                                         **ORDER GRANTING APPLICATION**
    v.                                    **FOR ADMISSION OF ATTORNEY**
10  United States of America              ***PRO HAC VICE***
11
12              Defendant.
                                    /
13
14  Kevin A. Planegger                      , whose business address and telephone number is
15  Merriam Law Firm, P.C.
    1625 Broadway, Suite 770, Denver, CO 80202
16  Phone: 303-592-5404
17  and who is an active member in good standing of the bar of  Colorado Supreme Court
18  having applied in the above-entitled action for admission to practice in the Northern District of
19  California on a pro hac vice basis, representing  Plaintiff, John Larson
20          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
21  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
22  *vice.* Service of papers upon and communication with co-counsel designated in the application
23  will constitute notice to the party. All future filings in this action are subject to the requirements
24  contained in General Order No. 45, *Electronic Case Filing.*
25
26  Dated: July 7, 2011
27                                         United States  District    Judge
                                           William Alsup
28

United States District Court
For the Northern District of California