MELINDA L. HAAG
United States Attorney
450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102

JAMES E. WEAVER
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-4929
james.e.weaver@usdoj.gov
adair.f.boroughs@usdoj.gov

*Attorneys for the United States of America*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN LARSON** | ) NO.  C 11-03093-WHA |
| Plaintiff, | ) DECLARATION OF JAMES E. WEAVER |
| v. | ) |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

I, James E. Weaver, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed as a trial attorney with the United States Department of Justice, Tax Division in Washington, D.C.  I am assigned responsibility for representing the interests of the United States in the above-captioned matter.

2. Petitioner John Larson was a defendant in the criminal case *United States v. Jeffrey Stein*, *et al*., S1 05 Cr. 888 (LAK) (S.D.N.Y.) (*Stein* case).  I downloaded a copy of the Superseding Indictment filed on October 17, 2005 (Docket Nos. 57 and 57-2) through Pacer and I attach that copy hereto as **Exhibit B**.

3. I downloaded a copy of the final judgment in the *Stein* case against Mr. Larson filed on April 24, 2009  (Docket No. 1459) through Pacer, and I attach that copy hereto as **Exhibit A**.

1

4. Upon information and belief, the presiding judge in the *Stein* case, the Honorable Lewis A. Kaplan, held a sentencing proceeding pertaining to Mr. Larson, among others, on April 1, 2009. Upon information and belief, attached as **Exhibit C** are true and accurate excerpts from the transcript of that proceeding. I received this transcript in notepad format from other Department of Justice, Tax Division counsel.

5. I understand from review of the transcript of Mr. Larson's sentencing hearing and from conferring with Margaret Garnett, an Assistant United States Attorney assigned to the *Stein* case, that, in connection with the sentencing proceeding, and at the direction of Judge Kaplan, counsel for Mr. Larson submitted a statement of Mr. Larson's net worth, as well as other financial information related to his income as a principal of various Presidio-related entities. I understand that counsel for the Government in the criminal case was provided with a copy of this statement, under seal.

6. In connection with the sentencing hearing, I understand from review of the transcript and from conferring with Ms. Garnett that Judge Kaplan also ordered Mr. Larson to provide the Court with copies of certain trust instruments for the "Concorde and Traverse Trusts." I downloaded a copy of that order (Docket No. 1444) through Pacer and I attach that copy hereto as **Exhibit D**. I understand from counsel for the Goverment that counsel for Mr. Larson submitted copies of these trust documents to the Court and to counsel for the Government in the criminal case.

7. I further understand from conferring with Ms. Garnett that, at the request of Mr. Larson's counsel, Mr. Larson's financial statement and the trust instruments requested by Judge Kaplan were submitted under seal. Consequently, absent an appropriate court order, I understand that Government counsel in the criminal case are precluded from furnishing copies of these documents, or information contained within the documents, to either the Internal Revenue Service employees who may be examining Mr. Larson's tax returns or to civil trial counsel for the

2

United States in the civil action captioned *Larson v. United States*, No. C 11-03093-WHA, now pending in the United States District Court for the Northern District of California.

8. I downloaded a copy of Larson's satisfaction of judgment (Docket No. 1487) through Pacer, and I attach that copy hereto as **Exhibit E**.

9. I downloaded a copy of the Second Circuit's mandate (with attached opinion), (Docket Nos. 1502 and 1502-1) through Pacer, and I attach that copy as **Exhibit F**.

10. I downloaded a copy of IRS Notice 2000-44 from the IRS's website, and I attach that copy as **Exhibit G**.

11. Upon information and belief, attached as **Exhibit H** are true and accurate excerpts from the transcript of a proceeding in the Stein case in which David Amir Makov entered a guilty plea and read a statement. I received this transcript in notepad format from other Department of Justice, Tax Division counsel.

12. I attach as **Exhibit I** a copy of TD F 90-22.1 Reports of Foreign Bank and Financial Accounts, commonly referred to as FBARs, that I obtained from the IRS in connection with this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ James E. Weaver*
James E. Weaver
Trial Attorney, Tax Division
United States Department of Justice