# EXHIBIT A

RBS/04 034

John M. Larson
Personal Balance Sheet
January 31, 2000

Assets
Cash & Short Term Deposits:
    Rothschild Bank      $780,000
    Deutsche Bank      6,300,000
    Salomon Smith Barney      750,000

Mutual funds      250,000

Retirement accounts:
    KPMG      300,000
    Leghorn, Inc.      2,700,000

Investment in Morley, Inc.      5,500,000

Investment in Hayes Street Management, Inc.      2,500,000

Investment in Norwood Holdings      4,500,000

Personal residence & property      <u>1,200,000</u>

     24,780,000

Liabilities
Loan guarantee – Rabobank margin loan      3,000,000

<u>Net equity</u>      21,780,000

_____
John M. Larson

Agreed as accepted

2/28/00
Date