# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

       -against-                                      S1 05 Crim. 0888 (LAK)

JOHN LARSON and ROBERT PFAFF,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 3|3) |09

LEWIS A. KAPLAN, *District Judge.*

        1.      Defendant Larson shall provide to the Court no later than noon on April 1, 2009, copies of the trust instruments for the Concorde Trust and the Traverse Trust.

        2.      Defendant Pfaff shall provide to the Court no later than noon on April 1, 2009, copies of the trust instruments for the R.P. Capital Trust and the R.P. Investment Trust.

        3.      The Court notes the following in respect of the Concorde and Traverse Trusts:

            a.      By letter dated March 30, 2009, counsel for defendant Larson stated that Mr. Larson "is not a permitted beneficiary of either of [the Concorde and Traverse] trusts."

            b.      Tax returns for the Concorde and Traverse Trusts state that "Mr. Larson has retained the power of disposition over the trust and its assets [and] . . . alone designates the beneficiaries of the trust."

Counsel should be prepared to address whether these statements are consistent, the extent of Mr. Larson's power to dispose of the trusts and their assets, and whether Mr. Larson may designate the United States of America as the sole beneficiary or one of the beneficiaries of the trusts. Counsel for Mr. Pfaff should be prepared to discuss the analogous issues with respect to the R.P. Capital Trust and the R.P. Investment Trust.

        SO ORDERED.

Dated:      March 31, 2009

                                             Lewis A. Kaplan
                                      United States District Judge