# EXHIBIT E

Case 3:11-cv-03093-WHA Document 21-3 Filed 03/06/14 Page 2 of 2
Case 1:05-cr-00888-LAK Document 487 Filed 08/05/09 Page 2 of 2
SCANNED

ORIGINAL

LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.:        (212) 637-2717



UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                Plaintiff,

- v. -

JOHN LARSON,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

05 CR 0888-06 (LAK)

JUDGMENT #: 09,0827

SOUTHERN DISTRICT OF NEW YORK

      Satisfaction is acknowledged between United States of America, plaintiff, and John Larson, defendant, for the fine in the amount of $6,001,000.00 and the special assessment in the amount of $200.00, amounting in all to the sum of $6,001,200.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 1st day of April 2009.

                              LEV L. DASSIN
                              Acting United States Attorney for the
                              Southern District of New York

                              By: _____
                              KATHLEEN A. ZEBROWSKI
                              Assistant United States Attorney

STATE OF NEW YORK)
                  ss:
COUNTY OF NEW YORK)

      On the ___ day of August 2009, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077200
Qualified in Kings County
Commission Expires May 5, 2011