# EXHIBIT I

## CBRS Summary Results

| DCN | TransDate | Amount | Filer Name / IDN | State | Subject/Transactor Name / IDN | State | Owner Name / IDN | State |
|---|---|---|---|---|---|---|---|---|
| ▮ | 2009 | 1,732,809 | LARSON/JOHN/M ▮2112 | NY | | | | |
| ▮ | 2008 | 2,459,421 | LARSON/JOHN/M ▮2112 | NY | | | | |
| ▮ | 2007 | 1,000,000 | LARSON/JOHN/M ▮2112 | NY | | | | |
| ▮ | 2006 | 1,000,000 | LARSON/JOHN/M ▮2112 | NY | | | | |
| ▮ | 2005 | 1,000,000 | LARSON/JOHN/M ▮2112 | NY | | | | |
| ▮ | 2004 | 1,000,000 | LARSON/JOHN/M ▮2112 | NY | | | | |
| ▮ | 2003 | 1,000,000 | LARSON/JOHN/M ▮2112 | CA | | | | |
| ▮ | 2002 | 1,000,000 | LARSON/JOHN/M ▮2112 | CA | | | | |
| ▮ | 2001 | 1,000,000 | LARSON/JOHN/M | CA | | | | |
| ▮ | 2001 | 20,000 | WELLS FARGO BK NA ▮7393 | CA | | | JOHN/MAXWELL/LARSON ▮2112 | CA |
| ▮ | 2000 | 1,000,000 | LARSON/JOHN/M | CA | | | | |
| ▮ | 1999 | 100,000 | LARSON/JOHN/M | CA | | | | |
| ▮ | 1998 | 1,000,000 | LARSON/JOHN M ▮2112 | CA | | | DARWIN LTD | |

Doc's: 8300, CMIR, CTR, CTRC, CTRCN, EXCIS, EXEMP, FBAR, RMSB, SARC, SARF
Query parms: UNIVERSAL ISSUED NUMBER Like ▮2112

Run Date: 7/7/2011

*** FACSIMILE ***

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

**TD F 90-22.1**
(Rev. October 2008)
Department of the Treasury

Do not use previous editions of this form after December 31, 2008

Do NOT file with your Federal Tax Return

OMB No. 1506-0009

1 This Report is for Calendar Year Ended 12/31
**2009**   Amended ☐

## Part I  Filer Information

2  Type of Filer

a ☒ Individual    b ☐ Partnership    c ☐ Corporation    d ☐ Consolidated    e ☐ Fiduciary or Other -- Enter type _____

3  U.S. Taxpayer Identification Number: [REDACTED]2112

4  Foreign Identification (Complete only if item 3 is not applicable.)
   a Number _____
   b Country of Issue _____
   c Type: ☐ Passport  ☐ Other

5  Individual's Date of Birth: [REDACTED]

6  Last Name or Organization Name: **LARSON**

7  First Name: **JOHN**

8  Middle Initial: **M**

If filer has no U.S. Identification Number complete item 4.

9  Address (Number, Street, and Apt. or Suite No.): [REDACTED]

10  City: **NEW YORK**    11  State: **NY**    12  Zip/Postal Code: **10013**    13  Country: **US**

14  Does the filer have a financial interest in 25 or more financial accounts
   ☐ Yes    If Yes enter total number of accounts _____
   (If Yes is checked, do not complete Part II or Part III, but retain records of this information)
   ☒ No

## Part II  Information on Financial Account(s) Owned Separately

15  Maximum value of account during calendar year reported: **1,732,809**

16  Type of account   a ☒ Bank    b ☐ Securities    c ☐ Other--Enter type below _____

17  Name of Financial Institution with which account is held: **ROTHSCHILD BK INTNL LIMITED**

18  Account number or other designation: [REDACTED]

19  Mailing Address (Number, Street, Suite Number) of financial institution in which account is held: **ST JULIANS COURT**

20  City: **ST PETER PORT**    21  State, if known _____    22  Zip/Postal Code, if known _____    23  Country: **GK**

44  Filer Signature: **SIGNATURE PRESENT**

45  Filer Title, if not reporting a personal account _____

46  Date: **10/11/2010**

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR Chapter X). No report is required if the aggregate value of the accounts did not exceed $10,000.

Cat. No. 12996D    Form **TD F 90-22-1** (Rev. 10-2008)

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

Form TD F 90-22.1
Page Number 2 of 2

**Part II  Continued—Information on Financial Account(s) Owned Separately**
Complete a Separate Block for Each Account Owned Separately
This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2009 | ☒ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter Identification number here: ████2112 | LARSON |

| 15 Maximum value of account during calendar year reported | 16 Type of account | 17 Name of Financial Institution with which account is held |
|---|---|---|
| 1,089,628 | a ☒ Bank  b ☐ Securities  c ☐ Other—Enter type below | ROTHSCHILD BK INTNL LIMITED |
| 18 Account number or other designation ████ | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held<br>ST JULIANS COURT | |
| 20 City  ST PETER PORT | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country  GK |

| 15 Maximum value of account during calendar year reported | 16 Type of account | 17 Name of Financial Institution with which account is held |
|---|---|---|
| 1,251,443 | a ☐ Bank  b ☒ Securities  c ☐ Other—Enter type below | ROTHSCHILD BK SWITZERLAND |
| 18 Account number or other designation ████ | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held<br>ST JULIANS COURT | |
| 20 City  ST PETER PORT | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country  GK |

| 15 Maximum value of account during calendar year reported | 16 Type of account | 17 Name of Financial Institution with which account is held |
|---|---|---|
| 288,764 | a ☒ Bank  b ☐ Securities  c ☐ Other—Enter type below | N M ROTHSCHILD & SONS-JAYLAND SERVICES LTD ACCOUNT |
| 18 Account number or other designation ████ | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held<br>ST JULIANS COURT | |
| 20 City  ST PETER PORT | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country  GK |

| 15 Maximum value of account during calendar year reported | 16 Type of account | 17 Name of Financial Institution with which account is held |
|---|---|---|
| 733,413 | a ☒ Bank  b ☐ Securities  c ☐ Other—Enter type below | ROTHSCHILD BK CI LIMITED |
| 18 Account number or other designation ████ | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held<br>ST JULIANS COURT | |
| 20 City  ST PETER PORT | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country  GK |

| 15 Maximum value of account during calendar year reported | 16 Type of account | 17 Name of Financial Institution with which account is held |
|---|---|---|
| 18,764 | a ☒ Bank  b ☐ Securities  c ☐ Other—Enter type below | N M ROTHSCHILD & SONS-JAYLAND SERVICES LIMITED ACCOUNT |
| 18 Account number or other designation ████ | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held<br>ST JULIANS COURT | |
| 20 City  ST PETER PORT | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country  GK |

| 15 Maximum value of account during calendar year reported | 16 Type of account | 17 Name of Financial Institution with which account is held |
|---|---|---|
| 11,158 | a ☒ Bank  b ☐ Securities  c ☐ Other—Enter type below | ROTHSCHILD BK INT LIMITED |
| 18 Account number or other designation ████ | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held<br>ST JULIANS COURT | |
| 20 City  ST PETER PORT | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country  GK |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

# TD F 90-22.1
(Rev. October 2008)
Department of the Treasury

Do not use previous editions of this form after December 31, 2008

\*\*\* FACSIMILE \*\*\*

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1506-0009

1 This Report is for Calendar Year Ended 12/31  **2008**   Amended ☐

## Part I  Filer Information

**2 Type of Filer**
a ☐ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other – Enter type

**3 U.S. Taxpayer Identification Number**: [redacted]2112
**4 Foreign Identification** (Complete only if Item 3 is not applicable.)
 a Number    b Country of Issue    c Type: ☐ Passport ☐ Other

**5 Individual's Date of Birth** [redacted]

**If filer has no U.S. Identification Number complete Item 4.**

**6 Last Name or Organization Name**: LARSON
**7 First Name**: JOHN
**8 Middle Initial**: M

**9 Address (Number, Street, and Apt. or Suite No.)**: [redacted]

**10 City**: NEW YORK
**11 State**: NY
**12 Zip/Postal Code**: 10013
**13 Country**: US

**14 Does the filer have a financial interest in 25 or more financial accounts**
☐ Yes  If Yes enter total number of accounts
(If Yes is checked, do not complete Part II or Part III, but retain records of this information)
☒ No

## Part II  Information on Financial Account(s) Owned Separately

**15 Maximum value of account during calendar year reported**: 1,088,168
**16 Type of account**  a ☒ Bank  b ☐ Securities  c ☐ Other—Enter type below

**17 Name of Financial Institution with which account is held**: ROTHSCHILD BK INTN L LIMITED

**18 Account number or other designation**: [redacted]
**19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held**: ST JULIANS COURT

**20 City**: ST PETER PORT
**21 State, if known**:
**22 Zip/Postal Code, if known**:
**23 Country**: GK

### Signature
**44 Filer Signature**: SIGNATURE PRESENT
**45 Filer Title, if not reporting a personal account**:
**46 Date**: 10/14/2009

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR Chapter X). No report is required if the aggregate value of the accounts did not exceed $10,000.

Cat No. 12996D   Form **TD F 90-22-1** (Rev. 10-2008)

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

Form TD F 90-22.1
Page Number 2 of 3

**Part II** Continued--Information on Financial Account(s) Owned Separately

Complete a Separate Block for Each Account Owned Separately

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2008 | ☒ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter Identification number here: [redacted] | LARSON |

---

**15** Maximum value of account during calendar year reported: 1,824,359
**17** Name of Financial Institution with which account is held: ROTHSCHILD BK INTNL LIMITED
**18** Account number or other designation: [redacted]
**19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held: ST JULIANS COURT
**20** City: ST PETER PORT
**21** State, if known:
**22** Zip/Postal Code, if known:
**23** Country: XV
**16** Type of account: a ☒ Bank  b ☐ Securities  c ☐ Other--Enter type below

---

**15** Maximum value of account during calendar year reported: 2,459,421
**17** Name of Financial Institution with which account is held: ROTHSCHILD BK SWITZERLAND
**18** Account number or other designation: [redacted]
**19** Mailing Address: ST JULIANS COURT
**20** City: ST PETER PORT
**23** Country: XV
**16** Type of account: a ☐ Bank  b ☒ Securities  c ☐ Other--Enter type below

---

**15** Maximum value of account during calendar year reported: 370,000
**17** Name of Financial Institution with which account is held: N M ROTSCHILD & SONS-JAYLAND SERVICES LTD ACCOUNT
**18** Account number or other designation: [redacted]
**19** Mailing Address: ST JULIANS COURT
**20** City: ST PETER PORT
**23** Country: XV
**16** Type of account: a ☒ Bank  b ☐ Securities  c ☐ Other--Enter type below

---

**15** Maximum value of account during calendar year reported: 411,000
**17** Name of Financial Institution with which account is held: N M ROTSCHILD & SONS-JAYLAND SERVICES LIMITED ACCOUNT
**18** Account number or other designation: [redacted]
**19** Mailing Address: ST JULIANS COURT
**20** City: ST PETER PORT
**23** Country: XV
**16** Type of account: a ☒ Bank  b ☐ Securities  c ☐ Other--Enter type below

---

**15** Maximum value of account during calendar year reported: 48,000
**17** Name of Financial Institution with which account is held: N M ROTHSCHILD & SONS-JAYLAND SERVICES LIMITED ACCOUNT
**18** Account number or other designation: [redacted]
**19** Mailing Address: ST JULIANS COURT
**20** City: ST PETER PORT
**23** Country: XV
**16** Type of account: a ☒ Bank  b ☐ Securities  c ☐ Other--Enter type below

---

**15** Maximum value of account during calendar year reported: 25,013
**17** Name of Financial Institution with which account is held: ROTHSCHILD BK INT LIMITED
**18** Account number or other designation: [redacted]
**19** Mailing Address: ST JULIANS COURT
**20** City: ST PETER PORT
**23** Country: GV
**16** Type of account: a ☒ Bank  b ☐ Securities  c ☐ Other--Enter type below

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

| | Form TD F 90-22.1 |
|---|---|
| | Page Number 3 of 3 |

**Part II** Continued--Information on Financial Account(s) Owned Separately

**Complete a Separate Block for Each Account Owned Separately**

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2008 | ☒ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here: 2112 | LARSON |

| 15 Maximum value of account during calendar year reported | 16 Type of account   a ☒ Bank   b ☐ Securities   c ☐ Other--Enter type below |
|---|---|
| 1,762,718 | |

17 Name of Financial Institution with which account is held
ROTSCHILD BK INTNL LIMITED

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | ST JULIANS COURT |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| ST PETER PORT | | | XV |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

*** FACSIMILE ***

Department of the Treasury

**TD F 90-22.1**
(Rev. 7/00) SUPERSEDES ALL PREVIOUS EDITIONS

**REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS**

Do **NOT** file with your Federal Tax Return

OMB No. 1506-0009

**1** Filing for Calendar Year
2007

**2** Type of Filer
a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Fiduciary

**3** Taxpayer Identification Number
2112

## Part I  Filer Information

**4** Last Name or Organization Name
LARSON

**5** First Name
JOHN

**6** Middle Initial
M

**7** Address (Number, Street, and Apt. or Suite No.)

**8** Date of Birth

**9** City
NEW YORK

**10** State
NY

**11** Zip/Postal Code
10013

**12** Country
US

**13** Title (Not necessary if reporting a personal account.)

**14** Are these accounts jointly owned?
a ☐ Yes   b ☒ No

**15** Number of joint owners

**16** Taxpayer Identification Number of joint owner (if known)

**17** Last Name or Organization Name

**18** First Name

**19** Middle Initial

## Part II  Information on Financial Accounts

**20** Number of Foreign Financial Accounts in which a financial interest is held

**21** Type of account
a ☒ Bank   b ☐ Securities   c ☐ Other

**22** Maximum value of account
a ☐ Under $10,000   c ☐ $100,000 to $1,000,000
b ☒ $10,000 to $99,999   d ☒ Over $1,000,000

**23** Account Number or other designation

**24** Name of Financial Institution with which account is held
ROTHSCHILD BK INTNL LIMITED

**25** Country in which account is held
GK

**26** Does the filer have a financial interest in this account?
a ☒ Yes   b ☐ No   If no, complete boxes 27-35.

**27** Last Name or Organization Name of Account Holder

**28** First Name

**29** Middle Initial

**30** Taxpayer Identification Number

**31** Address (Number, Street, and Apt. or Suite No.)

**32** City

**33** State   **34** Zip/Postal Code   **35** Country

**36** Signature
SIGNATURE PRESENT

**37** Date
10/11/2008

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

Form TD F 90-22.1

**Continuation Page** — This side can be copied as many times as necessary in order to provide information on all accounts.

Page Number 2 OF 4

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name |
|---|---|---|
| 2007 | 2112 ▉ | LARSON |

### Entry 1

- **2 Type of Filer**: a ☒ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Fiduciary
- **21 Type of Account**: a ☒ Bank  b ☐ Securities  c ☐ Other
- **22 Maximum value of account**: a ☐ Under $10,000  b ☐ $10,000 to $99,999  c ☐ $100,000 to $1,000,000  d ☒ Over $1,000,000
- **23 Account Number, or other designation**: ▉
- **24 Name of Financial Institution with which account is held**: ROTHSCHILD BK INTNL LIMITED
- **25 Country in which account is held**: GK
- **26 Does the filer have a financial interest in this account?** a ☒ Yes  b ☐ No
- If no, complete boxes 27-35.
- **27 Last Name or Organization Name of Account Owner**
- **28 First Name**
- **29 Middle Initial**
- **30 Taxpayer Identification Number**
- **31 Address (Number, Street, and Apt. or Suite No.)**
- **32 City**
- **33 State**
- **34 Zip/Postal Code**
- **35 Country**

### Entry 2

- **2 Type of Filer**: a ☒ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Fiduciary
- **21 Type of Account**: a ☐ Bank  b ☒ Securities  c ☐ Other
- **22 Maximum value of account**: a ☐ Under $10,000  b ☐ $10,000 to $99,999  c ☐ $100,000 to $1,000,000  d ☒ Over $1,000,000
- **23 Account Number, or other designation**: ▉
- **24 Name of Financial Institution with which account is held**: ROTHSCHILD BK SWITZERLAND
- **25 Country in which account is held**: GK
- **26 Does the filer have a financial interest in this account?** a ☒ Yes  b ☐ No
- If no, complete boxes 27-35.
- **27 Last Name or Organization Name of Account Owner**
- **28 First Name**
- **29 Middle Initial**
- **30 Taxpayer Identification Number**
- **31 Address (Number, Street, and Apt. or Suite No.)**
- **32 City**
- **33 State**
- **34 Zip/Postal Code**
- **35 Country**

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

Form TD F 90-22.1

## Continuation Page

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name | Page Number |
|---|---|---|---|
| 2007 | 2112 | LARSON | 3 OF 4 |

**2 Type of Filer**
a ☒ Individual   c ☐ Corporation
b ☐ Partnership  d ☐ Fiduciary

**21 Type of Account**
a ☒ Bank   c ☐ Other
b ☐ Securities

**22 Maximum value of account**
a ☐ Under $10,000   c ☐ $100,000 to $1,000,000
b ☒ $10,000 to $99,999   d ☐ Over $1,000,000

23 Account Number, or other designation

24 Name of Financial Institution with which account is held
ROTHSCHILD BK INTNL LIMITED

25 Country in which account is held
GK

26 Does the filer have a financial interest in this account?
a ☒ Yes
If no, complete boxes 27-35. b ☐ No

27 Last Name or Organization Name of Account Owner

28 First Name

29 Middle Initial

30 Taxpayer Identification Number

31 Address (Number, Street, and Apt. or Suite No.)

32 City

33 State

34 Zip/Postal Code

35 Country

---

**2 Type of Filer**
a ☒ Individual   c ☐ Corporation
b ☐ Partnership  d ☐ Fiduciary

**21 Type of Account**
a ☒ Bank   c ☐ Other
b ☐ Securities

**22 Maximum value of account**
a ☐ Under $10,000   c ☐ $100,000 to $1,000,000
b ☒ $10,000 to $99,999   d ☐ Over $1,000,000

23 Account Number, or other designation

24 Name of Financial Institution with which account is held
ROTHSCHILD BK INTNL LIMITED

25 Country in which account is held
GK

26 Does the filer have a financial interest in this account?
a ☒ Yes
If no, complete boxes 27-35. b ☐ No

27 Last Name or Organization Name of Account Owner

28 First Name

29 Middle Initial

30 Taxpayer Identification Number

31 Address (Number, Street, and Apt. or Suite No.)

32 City

33 State

34 Zip/Postal Code

35 Country

---

**2 Type of Filer**
a ☒ Individual   c ☐ Corporation
b ☐ Partnership  d ☐ Fiduciary

**21 Type of Account**
a ☐ Bank   c ☐ Other
b ☐ Securities

**22 Maximum value of account**
a ☐ Under $10,000   c ☐ $100,000 to $1,000,000
b ☐ $10,000 to $99,999   d ☒ Over $1,000,000

23 Account Number, or other designation

24 Name of Financial Institution with which account is held
ROTHSCHILD BK INTNL LIMITED

25 Country in which account is held
GK

26 Does the filer have a financial interest in this account?
a ☒ Yes
If no, complete boxes 27-35. b ☐ No

27 Last Name or Organization Name of Account Owner

28 First Name

29 Middle Initial

30 Taxpayer Identification Number

31 Address (Number, Street, and Apt. or Suite No.)

32 City

33 State

34 Zip/Postal Code

35 Country

---

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

Form TD F 90-22.1

## Continuation Page

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name | Page Number |
|---|---|---|---|
| 2007 | 2112 | LARSON | 4 OF 4 |

| 2 Type of Filer | | 21 Type of Account | | 22 Maximum value of account | |
|---|---|---|---|---|---|
| a ☒ Individual | c ☐ Corporation | a ☒ Bank | c ☐ Other | a ☐ Under $10,000 | c ☐ $100,000 to $1,000,000 |
| b ☐ Partnership | d ☐ Fiduciary | b ☐ Securities | | b ☒ $10,000 to $99,999 | d ☐ Over $1,000,000 |

| 23 Account Number, or other designation | 24 Name of Financial Institution with which account is held |
|---|---|
| | ROTHSCHILD BK INTNL LIMITED |

| 25 Country in which account is held | 26 Does the filer have a financial interest in this account? a ☐ Yes  b ☒ No | 27 Last Name or Organization Name of Account Owner |
|---|---|---|
| GK | If no, complete boxes 27-35. | |

| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number | 31 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|---|

| 32 City | 33 State | 34 Zip/Postal Code | 35 Country |
|---|---|---|---|

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

*** FACSIMILE ***

Department of the Treasury

**TD F 90-22.1**
(Rev. 7/00) SUPERSEDES ALL PREVIOUS EDITIONS

# REPORT OF FOREIGN BANK AND FINANCIAL ACCUNTS

Do **NOT** file with your Federal Tax Return

OMB No. 1506-0009

**1** Filing for Calendar Year
2006

**2** Type of Filer
a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Fiduciary

**3** Taxpayer Identification Number
2112

## Part I   Filer Information

**4** Last Name or Organization Name
LARSON

**5** First Name
JOHN

**6** Middle Initial
M

**7** Address (Number, Street, and Apt. or Suite No.)

**8** Date of Birth

**9** City
NEW YORK

**10** State
NY

**11** Zip/Postal Code
10013

**12** Country
US

**13** Title (Not necessary if reporting a personal account.)

**14** Are these accounts jointly owned?
a ☐ Yes   b ☒ No

**15** Number of joint owners

**16** Taxpayer Identification Number of joint owner (if known)

**17** Last Name or Organization Name

**18** First Name

**19** Middle Initial

## Part II   Information on Financial Accounts

**20** Number of Foreign Financial Accounts in which a financial interest is held
7

**21** Type of account
a ☒ Bank   b ☐ Securities   c ☐ Other

**22** Maximum value of account
a ☐ Under $10,000   c ☐ $100,000 to $1,000,000
b ☒ $10,000 to $99,999   d ☐ Over $1,000,000

**23** Account Number or other designation

**24** Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

**25** Country in which account is held
GK

**26** Does the filer have a financial interest in this account?
a ☒ Yes   b ☐ No   If no, complete boxes 27-35.

**27** Last Name or Organization Name of Account Holder

**28** First Name

**29** Middle Initial

**30** Taxpayer Identification Number

**31** Address (Number, Street, and Apt. or Suite No.)

**32** City

**33** State

**34** Zip/Postal Code

**35** Country

**36** Signature
SIGNATURE PRESENT

**37** Date
10/06/2007

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

1

***FACSIMILE***

**Continuation Page**

Form TD F 90-22.1

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name | Page Number |
|---|---|---|---|
| 2006 | 2112 | LARSON | 2 OF 3 |

**2 Type of Filer**
- a ☒ Individual
- b ☐ Partnership
- c ☐ Corporation
- d ☐ Fiduciary

**21 Type of Account**
- a ☒ Bank
- b ☐ Securities
- c ☐ Other

**22 Maximum value of account**
- a ☐ Under $10,000
- b ☐ $10,000 to $99,999
- c ☐ $100,000 to $1,000,000
- d ☒ Over $1,000,000

23 Account Number, or other designation

24 Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

25 Country in which account is held
GK

26 Does the filer have a financial interest in this account?
a ☒ Yes   b ☐ No
If no, complete boxes 27-35.

27 Last Name or Organization Name of Account Owner

28 First Name

29 Middle Initial

30 Taxpayer Identification Number

31 Address (Number, Street, and Apt. or Suite No.)

32 City

33 State

34 Zip/Postal Code

35 Country

---

**2 Type of Filer**
- a ☒ Individual
- b ☐ Partnership
- c ☐ Corporation
- d ☐ Fiduciary

**21 Type of Account**
- a ☐ Bank
- b ☒ Securities
- c ☐ Other

**22 Maximum value of account**
- a ☐ Under $10,000
- b ☐ $10,000 to $99,999
- c ☐ $100,000 to $1,000,000
- d ☒ Over $1,000,000

23 Account Number, or other designation

24 Name of Financial Institution with which account is held
ROTHSCHILD BK SWITZERLAND

25 Country in which account is held
GK

26 Does the filer have a financial interest in this account?
a ☒ Yes   b ☐ No
If no, complete boxes 27-35.

27 Last Name or Organization Name of Account Owner

28 First Name

29 Middle Initial

30 Taxpayer Identification Number

31 Address (Number, Street, and Apt. or Suite No.)

32 City

33 State

34 Zip/Postal Code

35 Country

---

**2 Type of Filer**
- a ☒ Individual
- b ☐ Partnership
- c ☐ Corporation
- d ☐ Fiduciary

**21 Type of Account**
- a ☒ Bank
- b ☐ Securities
- c ☐ Other

**22 Maximum value of account**
- a ☐ Under $10,000
- b ☐ $10,000 to $99,999
- c ☐ $100,000 to $1,000,000
- d ☒ Over $1,000,000

23 Account Number, or other designation

24 Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

25 Country in which account is held
GK

26 Does the filer have a financial interest in this account?
a ☒ Yes   b ☐ No
If no, complete boxes 27-35.

27 Last Name or Organization Name of Account Owner

28 First Name

29 Middle Initial

30 Taxpayer Identification Number

31 Address (Number, Street, and Apt. or Suite No.)

32 City

33 State

34 Zip/Postal Code

35 Country

---

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

Form TD F 90-22.1

## Continuation Page

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name | Page Number |
|---|---|---|---|
| 2006 | 2112 | LARSON | 3 OF 3 |

**2 Type of Filer**
a ☒ Individual   c ☐ Corporation
b ☐ Partnership  d ☐ Fiduciary

| 23 Account Number, or other designation | 21 Type of Account<br>a ☒ Bank   c ☐ Other<br>b ☐ Securities | 22 Maximum value of account<br>a ☐ Under $10,000   c ☐ $100,000 to $1,000,000<br>b ☒ $10,000 to $99,999   d ☐ Over $1,000,000 | 24 Name of Financial Institution with which account is held<br>N M ROTHSCHILD & SONS |
|---|---|---|---|
| 25 Country in which account is held<br>GK | 26 Does the filer have a financial interest in this account?<br>a ☒ Yes<br>b ☐ No | 27 Last Name or Organization Name of Account Owner | |
| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number<br>If no, complete boxes 27-35. b ☐ No | 31 Address (Number, Street, and Apt. or Suite No.) |
| 32 City | 33 State | 34 Zip/Postal Code | 35 Country |

**2 Type of Filer**
a ☒ Individual   c ☐ Corporation
b ☐ Partnership  d ☐ Fiduciary

| 23 Account Number, or other designation | 21 Type of Account<br>a ☐ Bank   c ☐ Other<br>b ☐ Securities | 22 Maximum value of account<br>a ☐ Under $10,000   c ☐ $100,000 to $1,000,000<br>b ☒ $10,000 to $99,999   d ☐ Over $1,000,000 | 24 Name of Financial Institution with which account is held<br>N M ROTHSCHILD & SONS |
|---|---|---|---|
| 25 Country in which account is held<br>GK | 26 Does the filer have a financial interest in this account?<br>a ☒ Yes<br>b ☐ No | 27 Last Name or Organization Name of Account Owner | |
| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number<br>If no, complete boxes 27-35. b ☐ No | 31 Address (Number, Street, and Apt. or Suite No.) |
| 32 City | 33 State | 34 Zip/Postal Code | 35 Country |

**2 Type of Filer**
a ☒ Individual   c ☐ Corporation
b ☐ Partnership  d ☐ Fiduciary

| 23 Account Number, or other designation | 21 Type of Account<br>a ☐ Bank   c ☐ Other<br>b ☐ Securities | 22 Maximum value of account<br>a ☐ Under $10,000   c ☐ $100,000 to $1,000,000<br>b ☐ $10,000 to $99,999   d ☒ Over $1,000,000 | 24 Name of Financial Institution with which account is held<br>N M ROTHSCHILD & SONS |
|---|---|---|---|
| 25 Country in which account is held<br>GK | 26 Does the filer have a financial interest in this account?<br>a ☒ Yes<br>b ☐ No | 27 Last Name or Organization Name of Account Owner | |
| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number<br>If no, complete boxes 27-35. b ☒ No | 31 Address (Number, Street, and Apt. or Suite No.) |
| 32 City | 33 State | 34 Zip/Postal Code | 35 Country |

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.