*** FACSIMILE ***

**REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS**

Department of the Treasury

**TD F 90-22.1**
(Rev. 7/00) SUPERSEDES ALL PREVIOUS EDITIONS

Do **NOT** file with your Federal Tax Return

OMB No. 1506-0009

**1** Filing for Calendar Year: 2005

**2** Type of Filer
a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Fiduciary

**3** Taxpayer Identification Number: 2112

## Part I — Filer Information

| Field | Value |
|---|---|
| 4 Last Name or Organization Name | LARSON |
| 5 First Name | JOHN |
| 6 Middle Initial | M |
| 7 Address (Number, Street, and Apt. or Suite No.) | [redacted] |
| 8 Date of Birth | |
| 9 City | NEW YORK |
| 10 State | NY |
| 11 Zip/Postal Code | 10013 |
| 12 Country | US |
| 13 Title (Not necessary if reporting a personal account.) | |
| 14 Are these accounts jointly owned? | a ☐ Yes   b ☒ No |
| 15 Number of joint owners | |
| 16 Taxpayer Identification Number of joint owner (if known) | |
| 17 Last Name or Organization Name | |
| 18 First Name | |
| 19 Middle Initial | |

## Part II — Information on Financial Accounts

**20** Number of Foreign Financial Accounts in which a financial interest is held: 7

**21** Type of account: a ☒ Bank   b ☐ Securities   c ☐ Other

**22** Maximum value of account
a ☐ Under $10,000
b ☒ $10,000 to $99,999
c ☐ $100,000 to $1,000,000
d ☐ Over $1,000,000

**23** Account Number or other designation: [redacted]

**24** Name of Financial Institution with which account is held: N M ROTHSCHILD & SONS

**25** Country in which account is held: OC

**26** Does the filer have a financial interest in this account?
a ☒ Yes   b ☐ No   If no, complete boxes 27-35.

**27** Last Name or Organization Name of Account Holder:

**28** First Name:

**29** Middle Initial:

**30** Taxpayer Identification Number:

**31** Address (Number, Street, and Apt. or Suite No.):

**32** City:

**33** State:   **34** Zip/Postal Code:   **35** Country:

**36** Signature: SIGNATURE PRESENT

**37** Date: 10/15/2006

---

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(i). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

Form TD F 90-22.1

**Continuation Page**

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name | Page Number |
|---|---|---|---|
| 2005 | 2112 ▆ | LARSON | 2 OF 3 |

**2 Type of Filer**
a ☒ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Fiduciary

**21 Type of Account**
a ☒ Bank  b ☐ Securities  c ☐ Other

**22 Maximum value of account**
a ☐ Under $10,000  b ☐ $10,000 to $99,999  c ☐ $100,000 to $1,000,000  d ☒ Over $1,000,000

23 Account Number, or other designation ▆

24 Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

25 Country in which account is held
OC

26 Does the filer have a financial interest in this account?  a ☒ Yes  b ☐ No
If no, complete boxes 27-35.

27 Last Name or Organization Name of Account Owner

28 First Name    29 Middle Initial    30 Taxpayer Identification Number    31 Address (Number, Street, and Apt. or Suite No.)

32 City    33 State    34 Zip/Postal Code    35 Country

---

**2 Type of Filer**
a ☒ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Fiduciary

**21 Type of Account**
a ☐ Bank  b ☒ Securities  c ☐ Other

**22 Maximum value of account**
a ☐ Under $10,000  b ☐ $10,000 to $99,999  c ☐ $100,000 to $1,000,000  d ☒ Over $1,000,000

23 Account Number, or other designation ▆

24 Name of Financial Institution with which account is held
ROTHSCHILD BK SWITZERLAND

25 Country in which account is held
OC

26 Does the filer have a financial interest in this account?  a ☒ Yes  b ☐ No
If no, complete boxes 27-35.

27 Last Name or Organization Name of Account Owner

28 First Name    29 Middle Initial    30 Taxpayer Identification Number    31 Address (Number, Street, and Apt. or Suite No.)

32 City    33 State    34 Zip/Postal Code    35 Country

---

**2 Type of Filer**
a ☒ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Fiduciary

**21 Type of Account**
a ☒ Bank  b ☐ Securities  c ☐ Other

**22 Maximum value of account**
a ☐ Under $10,000  b ☐ $10,000 to $99,999  c ☐ $100,000 to $1,000,000  d ☒ Over $1,000,000

23 Account Number, or other designation

24 Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

25 Country in which account is held
OC

26 Does the filer have a financial interest in this account?  a ☒ Yes  b ☐ No
If no, complete boxes 27-35.

27 Last Name or Organization Name of Account Owner

28 First Name    29 Middle Initial    30 Taxpayer Identification Number    31 Address (Number, Street, and Apt. or Suite No.)

32 City    33 State    34 Zip/Postal Code    35 Country

---

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

Form TD F 90-22.1

# Continuation Page

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name | Page Number |
|---|---|---|---|
| 2005 | ▮2112 | LARSON | 3 OF 3 |

**2 Type of Filer**
a ☒ Individual   c ☐ Corporation
b ☐ Partnership   d ☐ Fiduciary

**21 Type of Account**
a ☒ Bank   c ☐ Other
b ☐ Securities

**22 Maximum value of account**
a ☐ Under $10,000       c ☐ $100,000 to $1,000,000
b ☒ $10,000 to $99,999   d ☐ Over $1,000,000

23 Account Number, or other designation ▮

24 Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

25 Country in which account is held
OC

26 Does the filer have a financial interest in this account?
a ☒ Yes
b ☐ No

If no, complete boxes 27-35. 

27 Last Name or Organization Name of Account Owner

28 First Name    29 Middle Initial    30 Taxpayer Identification Number

31 Address (Number, Street, and Apt. or Suite No.)

32 City    33 State    34 Zip/Postal Code    35 Country

---

**2 Type of Filer**
a ☒ Individual   c ☐ Corporation
b ☐ Partnership   d ☐ Fiduciary

**21 Type of Account**
a ☒ Bank   c ☐ Other
b ☐ Securities

**22 Maximum value of account**
a ☐ Under $10,000       c ☐ $100,000 to $1,000,000
b ☐ $10,000 to $99,999   d ☒ Over $1,000,000

23 Account Number, or other designation ▮

24 Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

25 Country in which account is held
OC

26 Does the filer have a financial interest in this account?
a ☒ Yes
b ☐ No

If no, complete boxes 27-35.

27 Last Name or Organization Name of Account Owner

28 First Name    29 Middle Initial    30 Taxpayer Identification Number

31 Address (Number, Street, and Apt. or Suite No.)

32 City    33 State    34 Zip/Postal Code    35 Country

---

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

*** FACSIMILE ***

Department of the Treasury

**TD F 90-22.1**
(Rev. 7/00) SUPERSEDES ALL PREVIOUS EDITIONS

**REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS**

Do **NOT** file with your Federal Tax Return

OMB No. 1506-0009

1  Filing for Calendar Year: 2004

2  Type of Filer
a  ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Fiduciary

3  Taxpayer Identification Number: 2112

## Part I   Filer Information

4  Last Name or Organization Name: LARSON

5  First Name: JOHN

6  Middle Initial: M

7  Address (Number, Street, and Apt. or Suite No.): [redacted]

8  Date of Birth: [redacted]

9  City: NEW YORK

10  State: NY

11  Zip/Postal Code: 10013

12  Country: US

13  Title (Not necessary if reporting a personal account.)

14  Are these accounts jointly owned?
a ☐ Yes   b ☒ No

15  Number of joint owners

16  Taxpayer Identification Number of joint owner (if known)

17  Last Name or Organization Name

18  First Name

19  Middle Initial

## Part II   Information on Financial Accounts

20  Number of Foreign Financial Accounts in which a financial interest is held: 6

21  Type of account
a ☒ Bank   b ☐ Securities   c ☐ Other

22  Maximum value of account
a ☐ Under $10,000
b ☐ $10,000 to $99,999
c ☐ $100,000 to $1,000,000
d ☒ Over $1,000,000

23  Account Number or other designation

24  Name of Financial Institution with which account is held: N M ROTHSCHILD & SONS

25  Country in which account is held: OC

26  Does the filer have a financial interest in this account?
a ☒ Yes   b ☐ No   If no, complete boxes 27-35.

27  Last Name or Organization Name of Account Holder

28  First Name

29  Middle Initial

30  Taxpayer Identification Number

31  Address (Number, Street, and Apt. or Suite No.)

32  City

33  State

34  Zip/Postal Code

35  Country

36  Signature: SIGNATURE PRESENT

37  Date: 10/14/2005

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(i). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

Form TD F 90-22.1

**Continuation Page**

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name | Page Number |
|---|---|---|---|
| 2004 | ▮2112 | LARSON | 2 OF 3 |

| 2 Type of Filer | | 21 Type of Account | | 22 Maximum value of account | |
|---|---|---|---|---|---|
| a ☒ Individual   c ☐ Corporation | a ☒ Bank   c ☐ Other | a ☐ Under $10,000   c ☐ $100,000 to $1,000,000 |
| b ☐ Partnership  d ☐ Fiduciary | b ☐ Securities | b ☐ $10,000 to $99,999   d ☒ Over $1,000,000 |

23 Account Number, or other designation ▮

24 Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

25 Country in which account is held
OC

26 Does the filer have a financial interest in this account?
a ☒ Yes
b ☐ No

27 Last Name or Organization Name of Account Owner

28 First Name    29 Middle Initial    30 Taxpayer Identification Number
If no, complete boxes 27-35.

31 Address (Number, Street, and Apt. or Suite No.)

32 City    33 State    34 Zip/Postal Code    35 Country

---

| 2 Type of Filer | | 21 Type of Account | | 22 Maximum value of account | |
|---|---|---|---|---|---|
| a ☒ Individual   c ☐ Corporation | a ☐ Bank   c ☐ Other | a ☐ Under $10,000   c ☐ $100,000 to $1,000,000 |
| b ☐ Partnership  d ☐ Fiduciary | b ☒ Securities | b ☐ $10,000 to $99,999   d ☒ Over $1,000,000 |

23 Account Number, or other designation ▮

24 Name of Financial Institution with which account is held
ROTHSCHILD BK SWITZERLAND

25 Country in which account is held
OC

26 Does the filer have a financial interest in this account?
a ☒ Yes
b ☐ No

27 Last Name or Organization Name of Account Owner

28 First Name    29 Middle Initial    30 Taxpayer Identification Number
If no, complete boxes 27-35.

31 Address (Number, Street, and Apt. or Suite No.)

32 City    33 State    34 Zip/Postal Code    35 Country

---

| 2 Type of Filer | | 21 Type of Account | | 22 Maximum value of account | |
|---|---|---|---|---|---|
| a ☒ Individual   c ☐ Corporation | a ☒ Bank   c ☐ Other | a ☐ Under $10,000   c ☐ $100,000 to $1,000,000 |
| b ☐ Partnership  d ☐ Fiduciary | b ☐ Securities | b ☐ $10,000 to $99,999   d ☒ Over $1,000,000 |

23 Account Number, or other designation ▮

24 Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

25 Country in which account is held
OC

26 Does the filer have a financial interest in this account?
a ☒ Yes
b ☐ No

27 Last Name or Organization Name of Account Owner

28 First Name    29 Middle Initial    30 Taxpayer Identification Number
If no, complete boxes 27-35.

31 Address (Number, Street, and Apt. or Suite No.)

32 City    33 State    34 Zip/Postal Code    35 Country

---

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

**Continuation Page**

Form TD F 90-22.1

This side can be copied as many times as necessary in order to provide information on all accounts.

Page Number 3 OF 3

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name |
|---|---|---|
| 2004 | 2112▮ | LARSON |

| 2 Type of Filer | | | | | 21 Type of Account | | | 22 Maximum value of account | |
|---|---|---|---|---|---|---|---|---|---|
| a ☒ Individual | c ☐ Corporation | | | | a ☒ Bank | c ☐ Other | | a ☐ Under $10,000 | c ☐ $100,000 to $1,000,000 |
| b ☐ Partnership | d ☐ Fiduciary | | | | b ☐ Securities | | | b ☒ $10,000 to $99,999 | d ☐ Over $1,000,000 |

| 23 Account Number, or other designation | 24 Name of Financial Institution with which account is held |
|---|---|
| ▮ | N M ROTHSCHILD & SONS |

| 25 Country in which account is held | 26 Does the filer have a financial interest in this account? a ☒ Yes b ☐ No | 27 Last Name or Organization Name of Account Owner |
|---|---|---|
| OC | | |

| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number | 31 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|---|
| | | If no, complete boxes 27-35. b ☐ No | |

| 32 City | 33 State | 34 Zip/Postal Code | 35 Country |
|---|---|---|---|

| 2 Type of Filer | | | | | 21 Type of Account | | | 22 Maximum value of account | |
|---|---|---|---|---|---|---|---|---|---|
| a ☒ Individual | c ☐ Corporation | | | | a ☒ Bank | c ☐ Other | | a ☒ Under $10,000 | c ☐ $100,000 to $1,000,000 |
| b ☐ Partnership | d ☐ Fiduciary | | | | b ☐ Securities | | | b ☐ $10,000 to $99,999 | d ☐ Over $1,000,000 |

| 23 Account Number, or other designation | 24 Name of Financial Institution with which account is held |
|---|---|
| ▮ | N M ROTHSCHILD & SONS |

| 25 Country in which account is held | 26 Does the filer have a financial interest in this account? a ☒ Yes b ☐ No | 27 Last Name or Organization Name of Account Owner |
|---|---|---|
| OC | | |

| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number | 31 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|---|
| | | If no, complete boxes 27-35. b ☐ No | |

| 32 City | 33 State | 34 Zip/Postal Code | 35 Country |
|---|---|---|---|

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

*** FACSIMILE ***

Department of the Treasury

**TD F 90-22.1**
(Rev. 7/00) SUPERSEDES ALL PREVIOUS EDITIONS

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do **NOT** file with your Federal Tax Return

OMB No. 1506-0009

1  Filing for Calendar Year
2003

2  Type of Filer
a ☒ Individual    b ☐ Partnership    c ☐ Corporation    d ☐ Fiduciary

3  Taxpayer Identification Number
2112

## Part I   Filer Information

4  Last Name or Organization Name
LARSON

5  First Name
JOHN

6  Middle Initial
M

7  Address (Number, Street, and Apt. or Suite No.)

8  Date of Birth

9  City
SAN FRANCISCO

10  State
CA

11  Zip/Postal Code
94114

12  Country
US

13  Title (Not necessary if reporting a personal account.)

14  Are these accounts jointly owned?
a ☐ Yes    b ☒ No

15  Number of joint owners

16  Taxpayer Identification Number of joint owner (if known)

17  Last Name or Organization Name

18  First Name

19  Middle Initial

## Part II   Information on Financial Accounts

20  Number of Foreign Financial Accounts in which a financial interest is held
3

21  Type of account
a ☒ Bank    b ☐ Securities    c ☐ Other

22  Maximum value of account
a ☐ Under $10,000
b ☐ $10,000 to $99,999
c ☐ $100,000 to $1,000,000
d ☒ Over $1,000,000

23  Account Number or other designation

24  Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

25  Country in which account is held
OC

26  Does the filer have a financial interest in this account?
a ☒ Yes    b ☐ No    If no, complete boxes 27-35.

27  Last Name or Organization Name of Account Holder

28  First Name

29  Middle Initial

30  Taxpayer Identification Number

31  Address (Number, Street, and Apt. or Suite No.)

32  City

33  State

34  Zip/Postal Code

35  Country

36  Signature
SIGNATURE PRESENT

37  Date
10/12/2004

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

1

***FACSIMILE***

Form TD F 90-22.1

# Continuation Page

This side can be copied as many times as necessary in order to provide information on all accounts.

Page Number 2 OF 2

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name |
|---|---|---|
| 2003 | 2112 | LARSON |

**2 Type of Filer**
a ☒ Individual   c ☐ Corporation
b ☐ Partnership  d ☐ Fiduciary

**21 Type of Account**
a ☒ Bank    c ☐ Other
b ☐ Securities

**22 Maximum value of account**
a ☐ Under $10,000         c ☐ $100,000 to $1,000,000
b ☐ $10,000 to $99,999    d ☒ Over $1,000,000

23 Account Number, or other designation

24 Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

25 Country in which account is held
OC

26 Does the filer have a financial interest in this account?
a ☒ Yes  b ☐ No

27 Last Name or Organization Name of Account Owner

28 First Name

29 Middle Initial

30 Taxpayer Identification Number

31 Address (Number, Street, and Apt. or Suite No.)

32 City

33 State

34 Zip/Postal Code

35 Country

---

**2 Type of Filer**
a ☒ Individual   c ☐ Corporation
b ☐ Partnership  d ☐ Fiduciary

**21 Type of Account**
a ☐ Bank    c ☐ Other
b ☒ Securities

**22 Maximum value of account**
a ☐ Under $10,000         c ☐ $100,000 to $1,000,000
b ☐ $10,000 to $99,999    d ☒ Over $1,000,000

23 Account Number, or other designation

24 Name of Financial Institution with which account is held
ROTHSCHILD BK SWITZERLAND

25 Country in which account is held
OC

26 Does the filer have a financial interest in this account?
a ☒ Yes  b ☐ No

27 Last Name or Organization Name of Account Owner

28 First Name

29 Middle Initial

30 Taxpayer Identification Number

31 Address (Number, Street, and Apt. or Suite No.)

32 City

33 State

34 Zip/Postal Code

35 Country

---

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(i). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

*** FACSIMILE ***

**Department of the Treasury**

**TD F 90-22.1**
(Rev. 7/00) SUPERSEDES ALL PREVIOUS EDITIONS

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do **NOT** file with your Federal Tax Return

OMB No. 1506-0009

**1** Filing for Calendar Year: 2002

**2** Type of Filer
  a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Fiduciary

**3** Taxpayer Identification Number: [redacted] 2112

## Part I — Filer Information

**4** Last Name or Organization Name: LARSON
**5** First Name: JOHN
**6** Middle Initial: M
**7** Address (Number, Street, and Apt. or Suite No.): [redacted]
**8** Date of Birth: [redacted]
**9** City: SAN FRANCISCO
**10** State: CA
**11** Zip/Postal Code: 94114
**12** Country: US
**13** Title (Not necessary if reporting a personal account.)
**14** Are these accounts jointly owned?  a ☐ Yes  b ☒ No
**15** Number of joint owners:
**16** Taxpayer Identification Number of joint owner (if known):
**17** Last Name or Organization Name:
**18** First Name:
**19** Middle Initial:

## Part II — Information on Financial Accounts

**20** Number of Foreign Financial Accounts in which a financial interest is held: 2

**21** Type of account   a ☒ Bank   b ☐ Securities   c ☐ Other

**22** Maximum value of account
  a ☐ Under $10,000
  b ☐ $10,000 to $99,999
  c ☐ $100,000 to $1,000,000
  d ☒ Over $1,000,000

**23** Account Number or other designation: [redacted]

**24** Name of Financial Institution with which account is held: ROTHSCHILDS & SONS INC.

**25** Country in which account is held: OC

**26** Does the filer have a financial interest in this account?  a ☒ Yes  b ☐ No   If no, complete boxes 27-35.

**27** Last Name or Organization Name of Account Holder:
**28** First Name:
**29** Middle Initial:
**30** Taxpayer Identification Number:
**31** Address (Number, Street, and Apt. or Suite No.):
**32** City:
**33** State:
**34** Zip/Postal Code:
**35** Country:

**36** Signature: SIGNATURE PRESENT
**37** Date: 10/14/2003

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

1

***FACSIMILE***

Form TD F 90-22.1

# Continuation Page

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name | Page Number |
|---|---|---|---|
| 2002 | 2112 | LARSON | 2 OF 2 |

**2 Type of Filer**
- a ☒ Individual
- b ☐ Partnership
- c ☐ Corporation
- d ☐ Fiduciary

**21 Type of Account**
- a ☒ Bank
- b ☐ Securities
- c ☐ Other

**22 Maximum value of account**
- a ☐ Under $10,000
- b ☐ $10,000 to $99,999
- c ☐ $100,000 to $1,000,000
- d ☒ Over $1,000,000

23 Account Number, or other designation

24 Name of Financial Institution with which account is held

N M ROTHSCHILD & SONS

| 25 Country in which account is held | 26 Does the filer have a financial interest in this account? a ☒ Yes b ☐ No | 27 Last Name or Organization Name of Account Owner |
|---|---|---|
| OC | If no, complete boxes 27-35. | |

| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number | 31 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|---|

| 32 City | 33 State | 34 Zip/Postal Code | 35 Country |
|---|---|---|---|

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

*** FACSIMILE ***

| Department of the Treasury | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS | |
|---|---|---|
| **TD F 90-22.1** (Rev. 7/00) SUPERSEDES ALL PREVIOUS EDITIONS | Do **NOT** file with your Federal Tax Return | OMB No. 1506-0009 |

1  Filing for Calendar Year  
2001

2  Type of Filer  
a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Fiduciary

3  Taxpayer Identification Number  
▓▓▓▓▓2112

## Part I  Filer Information

4  Last Name or Organization Name  
LARSON

5  First Name  
JOHN

6  Middle Initial  
M

7  Address (Number, Street, and Apt. or Suite No.)

8  Date of Birth

9  City  
SAN FRANCISCO

10  State  
CA

11  Zip/Postal Code  
94114

12  Country  
US

13  Title (Not necessary if reporting a personal account.)

14  Are these accounts jointly owned?  
a ☐ Yes   b ☒ No

15  Number of joint owners

16  Taxpayer Identification Number of joint owner (if known)

17  Last Name or Organization Name

18  First Name

19  Middle Initial

## Part II  Information on Financial Accounts

20  Number of Foreign Financial Accounts in which a financial interest is held  
2

21  Type of account  
a ☒ Bank   b ☐ Securities   c ☐ Other

22  Maximum value of account  
a ☐ Under $10,000   c ☐ $100,000 to $1,000,000  
b ☐ $10,000 to $99,999   d ☒ Over $1,000,000

23  Account Number or other designation

24  Name of Financial Institution with which account is held  
ROTHSCHILDS & SONS INC

25  Country in which account is held  
OC

26  Does the filer have a financial interest in this account?  
a ☒ Yes   b ☐ No   If no, complete boxes 27-35.

27  Last Name or Organization Name of Account Holder

28  First Name

29  Middle Initial

30  Taxpayer Identification Number

31  Address (Number, Street, and Apt. or Suite No.)

32  City

33  State   34  Zip/Postal Code   35  Country

36  Signature  
SIGNATURE PRESENT

37  Date  
10/14/2002

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee," 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

# Continuation Page

Form TD F 90-22.1

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for Calendar Year | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name | Page Number |
|---|---|---|---|
| 2001 | 2112 | LARSON | 2 OF 2 |

**2 Type of Filer**
- a ☒ Individual
- b ☐ Partnership
- c ☐ Corporation
- d ☐ Fiduciary

**21 Type of Account**
- a ☒ Bank
- b ☐ Securities
- c ☐ Other

**22 Maximum value of account**
- a ☐ Under $10,000
- b ☐ $10,000 to $99,999
- c ☒ $100,000 to $1,000,000
- d ☐ Over $1,000,000

23 Account Number, or other designation

24 Name of Financial Institution with which account is held
N M ROTHSCHILD & SONS

| 25 Country in which account is held | 26 Does the filer have a financial interest in this account? a ☒ Yes b ☐ No | 27 Last Name or Organization Name of Account Owner |
|---|---|---|
| OC | If no, complete boxes 27-35. | |

| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number | 31 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|---|

| 32 City | 33 State | 34 Zip/Postal Code | 35 Country |
|---|---|---|---|

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(i). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***

# Currency Transaction Report

FinCEN Form **104**
(Formerly Form 4789)
(Eff. December 2003)

Department of the Treasury
FinCEN

Previous editions will not be accepted after August 31, 2004.

Please type or print.

OMB No. 1506-0004

**1** Check all box(es) that apply:   a ☐ Amends prior report   b ☐ Multiple persons   c ☐ Multiple transactions

## Part I  Person(s) Involved in Transaction(s)

### Section A--Person(s) on Whose Behalf Transaction(s) is Conducted

**2** Individual's last name or entity's name: MAXWELL
**3** First name: JOHN
**4** Middle initial: L
**5** Doing business as (DBA):
**6** SSN or EIN: ▓▓▓▓▓2112
**7** Address (number, street, and apt. no.):  ▓▓▓▓▓▓▓▓▓▓▓
**8** Date of birth: ▓▓▓▓▓▓▓
**9** City: SAN FRANCISCO
**10** State: CA
**11** ZIP code: 94114-0000
**12** Country Code (if not U.S.): US
**13** Occupation, profession, or business: FINANICAL CONSULTANT
**14** If an individual, describe method used to verify identity:
  a ☒ Driver's license/State I.D.   b ☐ Passport   c ☐ Alien registration
  d ☐ Other   e Issued by: CA   f Number: ▓▓▓▓▓▓▓

### Section B--Individual(s) Conducting Transaction(s) (if other than above).
If Section B is left blank or incomplete, check the box(es) below to indicate the reason(s)

a ☐ Armored Car Service   b ☐ Mail Deposit or Shipment   c ☐ Night Deposit or Automated Teller Machine   d ☐ Multiple Transactions   e ☒ Conducted On Own Behalf

**15** Individual's last name:
**16** First name:
**17** Middle initial:
**18** Address (number, street, and apt. or suite no.):
**19** SSN
**20** City
**21** State   **22** ZIP code   **23** Country code (if not U.S.)
**24** Date of birth
**25** If an individual, describe method used to verify identity:
  a ☐ Driver's license/State I.D.   b ☐ Passport   c ☐ Alien registration
  d ☐ Other   e Issued by:   f Number:

## Part II  Amount and Type of Transaction(s). Check all boxes that apply.

**26** Total cash in $ ▓▓▓▓▓▓▓
**27** Total cash out $ 20,000
**28** Date of transaction: 12/31/2001
**26a** Foreign cash in
**27a** Foreign cash out
**29** ☐ Foreign Country
**30** ☐ Wire Transfer(s)
**31** ☐ Negotiable Instrument(s) Purchased
**32** ☒ Negotiable Instrument(s) Cashed
**33** ☐ Currency Exchange(s)
**34** ☐ Deposit(s)/Withdrawal(s)
**35** ☒ Account Number(s) Affected (if any): ▓▓▓▓▓▓▓
**36** ☐ Other (specify)

## Part III  Financial Institution Where Transaction(s) Takes Place

**37** Name of financial institution: WELLS FARGO BK NA
**38** Address (number, street, and apt. or suite no.): 464 CALIFORNIA ST
**39** EIN or SSN: ▓▓▓▓▓▓▓
**40** City: SAN FRANCISCO
**41** State: CA
**42** ZIP code: 94104-0000
**43** Routing (MICR) number: ▓▓▓▓7393
Enter Regulator or BSA Examiner code number: OCC

**Sign Here** ▶

**44** Title of approving official: NAME PRESENT
**45** Signature of approving official: SIGNATURE PRESENT
**46** Date of signature: 01/08/2002
**47** Type or print preparer's name: NAME PRESENT
**48** Type or print name of person to contact: JILL BAKKEN
**49** Telephone number: (503) 721-5246

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(i). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

*** FACSIMILE ***

Department of the Treasury

**TD F 90-22.1**
(Rev. 7/00) SUPERSEDES ALL PREVIOUS EDITIONS

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do **NOT** file with your Federal Tax Return

OMB No. 1506-0009

| 1 Filing for Calendar Year | 2 Type of Filer | 3 Taxpayer Identification Number |
|---|---|---|
| 2000 | a ☒ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Fiduciary | 2112 |

## Part I — Filer Information

| 4 Last Name or Organization Name | 5 First Name | 6 Middle Initial |
|---|---|---|
| LARSON | JOHN | M |

| 7 Address (Number, Street, and Apt. or Suite No.) | 8 Date of Birth |
|---|---|

| 9 City | 10 State | 11 Zip/Postal Code | 12 Country | 13 Title (Not necessary if reporting a personal account.) |
|---|---|---|---|---|
| SAN FRANCISCO | CA | 94114 | US | |

| 14 Are these accounts jointly owned? | 15 Number of joint owners | 16 Taxpayer Identification Number of joint owner (if known) |
|---|---|---|
| a ☐ Yes  b ☒ No | | |

| 17 Last Name or Organization Name | 18 First Name | 19 Middle Initial |
|---|---|---|

## Part II — Information on Financial Accounts

| 20 Number of Foreign Financial Accounts in which a financial interest is held | 21 Type of account |
|---|---|
| 1 | a ☒ Bank   b ☐ Securities   c ☐ Other |

| 22 Maximum value of account | 23 Account Number or other designation |
|---|---|
| a ☐ Under $10,000     c ☐ $100,000 to $1,000,000<br>b ☐ $10,000 to $99,999  d ☒ Over $1,000,000 | |

| 24 Name of Financial Institution with which account is held | 25 Country in which account is held |
|---|---|
| NM ROTHSCHILD & SONS CI | GK |

| 26 Does the filer have a financial interest in this account? | 27 Last Name or Organization Name of Account Holder |
|---|---|
| a ☒ Yes  b ☐ No  If no, complete boxes 27-35. | |

| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number |
|---|---|---|

| 31 Address (Number, Street, and Apt. or Suite No.) | 32 City |
|---|---|

| 33 State | 34 Zip/Postal Code | 35 Country |
|---|---|---|

| 36 Signature | 37 Date |
|---|---|
| SIGNATURE PRESENT | 10/13/2001 |

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

\*\*\* FACSIMILE \*\*\*

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Department of the Treasury
TD F 90-22.1
(Rev. 7/00) SUPERSEDES ALL PREVIOUS EDITIONS

OMB No. 1506-0009

Do **NOT** file with your Federal Tax Return

**1** Filing for Calendar Year: 1999

**2** Type of Filer: a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Fiduciary

**3** Taxpayer Identification Number: 2112

## Part I  Filer Information

**4** Last Name or Organization Name: LARSON
**5** First Name: JOHN
**6** Middle Initial: M
**7** Address (Number, Street, and Apt. or Suite No.): [redacted]
**8** Date of Birth: [redacted]
**9** City: SAN FRANCISCO
**10** State: CA
**11** Zip/Postal Code: 94114
**12** Country: US
**13** Title (Not necessary if reporting a personal account.)
**14** Are these accounts jointly owned?  a ☐ Yes   b ☒ No
**15** Number of joint owners:
**16** Taxpayer Identification Number of joint owner (if known):
**17** Last Name or Organization Name:
**18** First Name:
**19** Middle Initial:

## Part II  Information on Financial Accounts

**20** Number of Foreign Financial Accounts in which a financial interest is held: 1
**21** Type of account:  a ☒ Bank   b ☐ Securities   c ☐ Other
**22** Maximum value of account:
  a ☐ Under $10,000
  b ☐ $10,000 to $99,999
  c ☒ $100,000 to $1,000,000
  d ☐ Over $1,000,000
**23** Account Number or other designation: [redacted]
**24** Name of Financial Institution with which account is held: N M ROTHSCHILD & SONS CI LTD
**25** Country in which account is held: GK
**26** Does the filer have a financial interest in this account?  a ☒ Yes   b ☐ No   If no, complete boxes 27-35.
**27** Last Name or Organization Name of Account Holder:
**28** First Name:
**29** Middle Initial:
**30** Taxpayer Identification Number:
**31** Address (Number, Street, and Apt. or Suite No.):
**32** City:
**33** State:
**34** Zip/Postal Code:
**35** Country:
**36** Signature: SIGNATURE PRESENT
**37** Date: 01/22/2001

This form should be used to report a financial interest in, signature authority or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

*** FACSIMILE ***

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Department of the Treasury

**TD F 90-22.1**
(Rev. 7/00) SUPERSEDES ALL PREVIOUS EDITIONS

Do **NOT** file with your Federal Tax Return

OMB No. 1506-0009

**1** Filing for Calendar Year: 1998

## Part I — Filer Information

**2** Type of Filer: a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Fiduciary

**3** Taxpayer Identification Number: 2112

**4** Last Name or Organization Name: LARSON

**5** First Name: JOHN M

**6** Middle Initial:

**7** Address (Number, Street, and Apt. or Suite No.):

**8** Date of Birth:

**9** City: SAN FRANCISCO

**10** State: CA

**11** Zip/Postal Code: 94114

**12** Country: US

**13** Title (Not necessary if reporting a personal account):

**14** Are these accounts jointly owned?  a ☐ Yes   b ☒ No

**15** Number of joint owners:

**16** Taxpayer Identification Number of joint owner (if known):

**17** Last Name or Organization Name:

**18** First Name:

**19** Middle Initial:

## Part II — Information on Financial Accounts

**20** Number of Foreign Financial Accounts in which a financial interest is held: 1

**21** Type of account:  a ☒ Bank   b ☐ Securities   c ☐ Other

**22** Maximum value of account:
a ☐ Under $10,000
b ☐ $10,000 to $99,999
c ☐ $100,000 to $1,000,000
d ☒ Over $1,000,000

**23** Account Number or other designation:

**24** Name of Financial Institution with which account is held: ROYAL BK OF CANADA TR CO

**25** Country in which account is held: CJ

**26** Does the filer have a financial interest in this account?
a ☐ Yes   b ☒ No   If no, complete boxes 27-35.

**27** Last Name or Organization Name of Account Holder: DARWIN LTD

**28** First Name:

**29** Middle Initial:

**30** Taxpayer Identification Number:

**31** Address (Number, Street, and Apt. or Suite No.): P O BOX 265

**32** City: GEORGE TOWN

**33** State:

**34** Zip/Postal Code:

**35** Country: CJ

**36** Signature: SIGNATURE PRESENT

**37** Date: 10/14/1999

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. SEE INSTRUCTIONS FOR DEFINITION. File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X (formerly 31 CFR Part 103). The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism, or for a national security matter. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than as necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318 (g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.