# EXHIBIT A

RBS/04 034

John M. Larson
Personal Balance Sheet
January 31, 2000

Assets
Cash & Short Term Deposits:
    Rothschild Bank                                 $780,000
    Deutsche Bank                                  6,300,000
    Salomon Smith Barney                  750,000

Mutual funds                                          250,000

Retirement accounts:
    KPMG                                           300,000
    Leghorn, Inc.                              2,700,000

Investment in Morley, Inc.                 5,500,000

Investment in Hayes Street Management, Inc.     2,500,000

Investment in Norwood Holdings            4,500,000

Personal residence & property              1,200,000

                                                  24,780,000

Liabilities
Loan guarantee – Rabobank margin loan      3,000,000

Net equity                                        21,780,000

_[signed]_ John M. Larson                Date 2/28/00

Agreed as accepted