# EXHIBIT C



Law Department
One North Jefferson Avenue
St. Louis, MO 63103

## VIA FEDERAL EXPRESS

March 14, 2011

George J. Terpack, Jr.
Internal Revenue Service
455 South 4th Street
Coos Bay, OR  97420

RE:  JOHN M. LARSON
SSN:  xxx-xx-2112

Dear Mr. Terpack:

Pursuant to the subpoena issued to Wells Fargo Investments, n/k/a Wells Fargo Advisors, LLC, relative to the above-referenced individual, enclosed please find the following documents:

### STATEMENTS

|    | DOCUMENT DESCRIPTION | DATED |
|----|----------------------|-------|
| 1. | Account #____9711    | 01/05 through 02/11 |

*Please note we were unable to locate any opening account documents or 1099 forms.

Also enclosed please find my completed "Declaration of Custodian of Records".

I understand this production is in lieu of anyone appearing. Should you have any questions, please contact me at (314) 955-6048.

Sincerely,

Michele Pevehouse
Paralegal

Enclosures

Together we'll go far

#1132683



Law Department
One North Jefferson Avenue
St. Louis, MO 63103

# DECLARATION OF CUSTODIAN OF RECORDS

I, **Trish Unterberg**, am the duly authorized Custodian of Records of **Wells Fargo Advisors** and I have the authority to certify the records of said business.

The copies enclosed are true and correct copies of the following original records which were prepared by the personnel of this business in the ordinary course of business at or near the time of the act, condition or event.

## STATEMENTS

|    | DOCUMENT DESCRIPTION | DATED |
|----|----------------------|-------|
| 1. | Account # ▓▓▓▓9711   | 01/05 through 02/11 |

Executed on this 14th day of March, 2011 at St. Louis, Missouri.

I certify under penalty of perjury under the laws of the state of Missouri that the foregoing is true and correct, and if called as a witness, I could competently testify thereto.



Trish Unterberg

On the 14th day of March, 2011 before me personally appeared, **Trish Unterberg**, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

_____
Notary Public

My commission expires:

```
MICHELE PEVEHOUSE
Notary Public - Notary Seal
State of Missouri, St Louis County
Commission # 09405550
My Commission Expires Apr 3, 2013
```



Together we'll go far

#1132694

**WELLS FARGO ADVISORS**

# SNAPSHOT
## Current period ending February 28, 2011

ACCOUNT NAME:
JOHN M LARSON
WFBNA CUSTODIAN TRAD IRA

ACCOUNT NUMBER: ▮▮▮-9711

Your Investment Professional:
WELLSTRADE
1-800-TRADERS
Phone: 800-872-3377

MAC N9311-13Z
625 MARQUETTE AVE
MINNEAPOLIS, MN 55402

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Investment Professional for more details.

### Message from Our Firm

KEEP YOUR RETIREMENT ON TRACK. CONTRIBUTE TO A WELLSTRADE IRA. NEED TO OPEN A WELLSTRADE IRA? CALL 1-877-4WF-IRAS (1-877-493-4727). HURRY! YOU HAVE UNTIL APRIL 18, 2011 TO CONTRIBUTE TO THE 2010 TAX YEAR.

Wells Fargo Advisors, LLC, brokerage account(s) carried by First Clearing, LLC. Wells Fargo Advisors, LLC and First Clearing, LLC, Members FINRA/SIPC are separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

Investments and insurance products are:

| NOT FDIC-INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |
|---|---|---|

SNAPSHOT
205 WA   WA71

JOHN M LARSON
WFBNA CUSTODIAN TRAD IRA
▮▮▮
NEW YORK NY 10013-3478

## PMA Detail

# General instructions and disclosures

## About this statement

### Clearing services
First Clearing, LLC ("FCC"), an indirect majority owned subsidiary of Wells Fargo & Company, is a clearing broker-dealer registered with the Securities and Exchange Commission ("SEC") and is a member of the New York Stock Exchange ("NYSE"), the Financial Industry Regulatory Authority ("FINRA") and all principal U.S. exchanges. FCC carries your account(s) and acts as your custodian for funds and securities deposited with us directly by you, through Your Introducing Firm as identified on the front of this statement or as a result of transactions we process for your account. Twice a year, FCC publishes on its web site www.firstclearingllc.com a statement of the firm's financial condition. Alternatively, a printed statement is available to you upon request. Unless and until we receive written notice from you to the contrary, FCC may, without inquiry or investigation, accept from Your Introducing Firm (i) orders for the purchase or sale of securities for your account on margin or otherwise, and (ii) any other instructions concerning your account.

### Trade date statement
All activity and positions on this statement are shown as of the date a trade is entered on the brokerage trading system (i.e., the trade date). Proceeds from the sale of securities and costs for the purchase of securities are not transacted through your account until the actual settlement date of the trade, which may be up to three business days after the trade date (or longer for certain securities with an extended settlement date).

### Pricing of securities
Securities prices reflected on your statement may vary from actual liquidation value. Prices shown are provided by outside quotation services which we believe to be reliable but due to the nature of market data the accuracy of such prices cannot be guaranteed, or in the absence of such pricing, are estimated by First Clearing, LLC using available information and its judgment. Such estimates may not reflect actual trades and do not reflect a commitment by the firm to buy or sell at those prices. Securities listed on a national exchange such as the NYSE or Nasdaq Stock Market are priced as of the close of the statement period. Unlisted shares may be valued at the current lowest published "bid-price", and, if none exists, the last reported transaction if occurring within the last 45 days. Prices of securities not actively traded may not be available and are indicated by "N/A." Corporate and municipal bonds and other fixed income securities are priced by a computerized pricing service or, for less actively traded issues, by utilizing a yield-based matrix system to arrive at an estimated market value. Listed options are priced based on the closing "bid-ask" prices and the last reported trade. Mutual fund shares are priced at net asset value. Shares of direct participation program ("DPP") and real estate investment trust ("REIT") securities that are not listed on a national exchange are generally illiquid. Because no formal trading market may exist for these investments, their values are estimated. Unless otherwise indicated, the values shown for DPP and REIT securities have been provided by the management of each program and represent that management's estimate of the investor's interest in the net assets of the program. See statement sections for additional pricing information. Prices for hedge funds and certain managed futures funds are provided on a month delay basis. Other managed futures funds may be priced more frequently. Long-term certificates of deposit (maturity beyond one year from date of issue) are priced using a market value pricing model. Generally, the sale or redemption price of your securities may be higher or lower than the prices shown on your statement. For an actual quote, contact the individual servicing your account.

### Estimated annual income/yield
Estimated Annual Income (EAI), when available, reflects the estimated amount you would earn on a security if your current position and its related income remained constant for a year. Estimated Annual Yield (EAY), when available, reflects the current estimated annual income divided by the current value of the security as of the statement closing date. EAI and EAY are estimates and the actual income and yield might be lower or higher than the estimated amounts. EAY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. The information used to derive these estimates is obtained from various outside vendors; FCC and our Firm are not responsible for incorrect or missing estimated annual income and yields. Past performance is not a guarantee of future results.

### Income summary
The Income summary displays all income as recorded in the tax system as of period end date. The totals in the Cash flow snapshot may not match the totals in the Income snapshot due to reclassifications or other corrections made in the tax system. Remember, you may have certain products that are not included in these figures and whose income is only available on the tax forms sent to you at year-end. Reclassifications and other tax reporting requirements may alter these numbers both during and after year end. You should rely only on tax reporting documents. Contact your tax advisor if you have any questions about the tax consequences of your brokerage activity.

## About your rights and responsibilities

### Questions and complaints about Your Account
This account statement contains important information about your brokerage account, including recent transactions. All account statements sent to you shall be deemed complete and accurate if not objected to in writing within ten days of receipt. We encourage you to review the details in this statement. If you do not understand any of the information in your statement or if you believe there are any inaccuracies or discrepancies in your statement, you should promptly report them to both FCC and to Your Introducing Firm listed on the front of your statement. To further protect your rights, including any rights under the Securities Investor Protection Act, any verbal communications with either Your Introducing Firm or with FCC should be re-confirmed in writing. Inquiries or complaints about your account statement, including the positions and balances in your account, may be directed to First Clearing Client Services at ATTN: H0006-09P, 1 N. Jefferson Ave, St. Louis, MO 63103, (866) 786-4879. All other inquiries or complaints regarding your account or the activity therein should be directed to Your Introducing Firm.

**Public Disclosure:** You may reach FINRA by calling the FINRA Regulation Public Disclosure Program Hotline at (800) 289-9999 or by visiting FINRA Regulation online at www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck is available from FINRA upon request. A brochure describing the FINRA Pricing of Securities Regulation Public Disclosure Program is also available from the FINRA upon request.

### SIPC Protection
Securities and cash in client accounts have two sources of protection. First Clearing, LLC ("First Clearing") is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC protects the clients of its member firms against the loss of their securities in the event of the member's insolvency and liquidation. Each client is insured up to a maximum of $500,000 (including $250,000 for claims for cash). For more information on SIPC coverage, please see the explanatory brochure at www.sipc.org or contact SIPC at (202) 371-8300. In addition, First Clearing maintains a program of additional protection. This additional insurance coverage is provided through London Underwriters (led by Lloyd's of London Syndicate) ("Lloyd's"). For clients who have received the full SIPC payout limit, First Clearing's policy with Lloyd's provides additional coverage above the SIPC limits for any missing securities and cash in client brokerage accounts up to a First Clearing aggregate limit of $1 billion (including up to $1.9 million for cash per client). SIPC and the additional protection do not insure the quality of investments or protect against losses from fluctuating market value.

### Free credit balances
Free credit balances are not segregated and may be used by FCC in the operation of its business in accordance with 17CFR Section 240.15c3 -2 & -3 under the Securities and Exchange Act of 1934. You have the right to receive from us in the course of normal business operations, subject to any open commitments in any of your accounts, any free credit balances to which you are entitled.

### Investment objectives/Risk tolerances
Please inform us promptly of any material change that might affect your investment objectives, risk tolerances or financial situation, or if you wish to impose or change any reasonable restrictions on the management of your account. A copy of the Investment Advisory Services Disclosure document is available without charge upon request. Please contact the individual denoted on the front of your statement to update your information and to receive a copy of this document.

### Tax reporting
We are required by federal law to report annually to you and to the Internal Revenue Service ("IRS") on Form(s) 1099 interest income, dividend payments and sales proceeds including cost basis information for applicable transactions credited to your account.



Page 1 of 6

# SNAPSHOT

JOHN M LARSON
WFBNA CUSTODIAN TRAD IRA

FEBRUARY 1 - FEBRUARY 28, 2011
ACCOUNT NUMBER: ▬▬-9711

As a Wells Fargo Advisors Client, you can easily simplify your finances by combining all your investing and banking into a single, easy-to-manage relationship. By upgrading to the Command Asset Program, you'll have access to many more features and benefits to help you manage your finances. You'll see all your investing and banking activity on one comprehensive monthly statement. It's as simple as talking with Your Investment Professional. Ask them today about the Command Asset Program.

## Progress summary

|  | THIS PERIOD | THIS YEAR |
|---|---:|---:|
| **Opening value** | $2,989.91 | $0.00 |
| Income earned | 0.00 | 0.00 |
| Change in value | 100.62 | 3,090.53 |
| **Closing value** | **$3,090.53** | **$3,090.53** |

## Portfolio summary

CURRENT



| | ASSET TYPE | PREVIOUS VALUE ON JAN 31 | % | CURRENT VALUE ON FEB 28 | % | ESTIMATED ANN. INCOME |
|---|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
|  | Cash and sweep balances | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
|  | Stocks, options & ETFs | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
|  | Fixed income securities | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | Mutual funds | 2,989.91 | 100.00 | 3,090.53 | 100.00 | 46 |
| | **Asset value** | **$2,989.91** | **100%** | **$3,090.53** | **100%** | **$46** |

# SNAPSHOT

JOHN M LARSON
WFBNA CUSTODIAN TRAD IRA

FEBRUARY 1 – FEBRUARY 28, 2011
ACCOUNT NUMBER: -9711

## Cash flow summary

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening value of cash and sweep balances | $0.00 | |
| Net additions to cash | $0.00 | $0.00 |
| Net subtractions from cash | $0.00 | $0.00 |
| Closing value of cash and sweep balances | $0.00 | |

## Gain/loss summary

| | THIS PERIOD REALIZED | THIS YEAR REALIZED |
|---|---|---|
| Short term | 0.00 | 0.00 |
| Long term | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |

**WELLS FARGO ADVISORS**

# SNAPSHOT

JOHN M LARSON
WFBNA CUSTODIAN TRAD IRA

FEBRUARY 1 - FEBRUARY 28, 2011
ACCOUNT NUMBER: ▌-9711

## Retirement summary

**IRA Plan Value** $3,090.53

A portion of these assets may not be covered by SIPC. Bank products are eligible for FDIC insurance up to $250,000 in accordance with FDIC rules.

### ACCOUNT INFORMATION

Account Holder Birthdate: *
Attained Age as of 12/31/11: *

* Information suppressed at account holder request.

Contact us if information on this page requires updates.

**Your Investment Professional:**
WELLSTRADE
1-800-TRADERS

### RETIREMENT TRANSACTIONS

**CONTRIBUTION SUMMARY** | **AMOUNT**
---|---
Contributions |
2011 FOR 2011 | $0.00

**2011 DISTRIBUTION SUMMARY** | **AMOUNT**
---|---
Gross Distributions | $0.00

# SNAPSHOT

**JOHN M LARSON**
**WFBNA CUSTODIAN TRAD IRA**

FEBRUARY 1 - FEBRUARY 28, 2011
ACCOUNT NUMBER: ▮9711

## Your Investment Professional

WELLSTRADE
1-800-TRADERS
Phone: 800-872-3377

MAC N9311-13Z
625 MARQUETTE AVE
MINNEAPOLIS, MN 55402

## Client service information

Website:            www.wellsfargo.com

## Account profile

Full account name:                JOHN M LARSON
                                  WFBNA CUSTODIAN TRAD IRA
Account type:                     Individual Retirement Account
Brokerage account number:         4945-9711
Tax status:                       Retirement
Investment objective/Risk tolerance: CONSERVATIVE INCOME
Cost Basis Election:              First in, First out

## For your consideration

Go paperless. Accessing all of your account documents online is easy and costs nothing. To participate, log in to Online Brokerage through wellsfargo.com. Click on the Delivery Preferences link found under Statements & Documents to turn off paper delivery of your account documents.

## Document delivery status

|  | Paper | Electronic |
|---|---|---|
| Statements: | X |  |
| Trade confirmations: | X |  |
| Tax documents: | X |  |
| Shareholder communications: | X |  |



**WELLS FARGO ADVISORS**

JOHN M LARSON
WFBNA CUSTODIAN TRAD IRA

FEBRUARY 1 – FEBRUARY 28, 2011
ACCOUNT NUMBER: ▇▇▇▇9711

## Portfolio detail

### Mutual Funds

Mutual fund shares are priced at net asset value. Estimated Annual Income and Yield refer to Dividends and Interest Income only, and typically do not reflect Total return.

### Open End Mutual Funds

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| WELLS FARGO ADVANTAGE INDEX FUND CLASS A WFILX Acquired 11/03/00 nc Reinvestments nc | 26.67021 39.96479 | N/A## 58.91 | N/A 2,354.52 | 46.3800 | 1,236.96 1,853.57 | N/A -500.95 | $46.91 | 1.52 |
| Total | 66.63500 | | $2,354.52 | | $3,090.53 | -$500.95 | $46.91 | 1.52 |
| Total Open End Mutual Funds | | | $2,354.52 | | $3,090.53 | -$500.95 | | |
| Total Mutual Funds | | | $2,354.52 | | $3,090.53 | -$500.95 | $46.91 | 1.52 |

## Cost information for one or more securities is not available. If you have cost information and would like to see it on future statements, contact Your Investment Professional.
nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

## Specific instructions and disclosures

**Income on non-reportable accounts**
Your income summary is categorized into taxable and tax-exempt income based upon the securities that you hold. Please be aware that, since this is a 1099 non-reportable account, this income will NOT be reported to the IRS, but is being provided to you for informational purposes only.

**Cost basis**
This statement presents estimated unrealized gains or losses based on information provided by you or your preceding custodian. The information displayed is provided for your information and may or may not be provided to the Internal Revenue Service for tax reporting purposes. If acquisition or other information is not available, the gain/loss information may not be displayed and summary totals may not reflect your complete portfolio. Cost basis information for non-covered securities is not verified by FCC or Wells Fargo Advisors and should not be relied upon for legal or tax purposes. Revisions to this information (due to corporate mergers, tenders and other reorganizations) may be required from time to time. To update or provide omitted cost basis information, please contact the individual servicing your account.

Cost basis for factored bonds (GNMA, CMO, etc.) will be adjusted for paydown of principal. Systematic investments in mutual funds and reinvested dividends for mutual funds and stocks have been consolidated for each position. Unit cost data for systematic investments and dividend reinvestment securities is provided for informational purposes only and is a non-weighted average.

Your account statement should not be used for tax preparation without assistance from your tax consultant. We do not report capital gains or losses for non-covered securities to the IRS.

JOHN M LARSON
WFBNA CUSTODIAN TRAD IRA

FEBRUARY 1 - FEBRUARY 28, 2011
ACCOUNT NUMBER: ▮▮▮-9711

**Form W-4P/OMB No. 1454-0415**

**IRA withholding notice**
The withdrawals you receive from your IRA (except Education IRA) are subject to Federal income tax withholding unless you elect not to have withholding apply. If you have a periodic, or an "on demand" distribution, your election regarding our withholding of Federal income tax on your behalf stays in effect until you change it. You may change or revoke your election at any time and as often as you wish by completing a new election form. If you elect check writing privileges, you will also have previously elected to have no withholding on your withdrawals. If you decide to have taxes withheld you will not be eligible for check writing from your IRA. If you elect not to have taxes withheld you will be liable for payment of all taxes due on the taxable portion of your distribution and you may be responsible for payment of estimated tax. You may be subject to tax penalties under the estimated tax payment rules if your payments of estimated tax and withholding, if any, are not adequate.

205 WA WA71

# JPMorganChase

William R Wold
Telephone: +1 317-757-7439
Facsimile: +1 317-757-4103

National Subpoena Processing
Mail Code IN1-4054
7610 West Washington Street
Indianapolis, Indiana 46231

03/07/2011

Revenue Agent George Terpack Jr.
IRS
455 S. 4th St.
P.O. Box 1116
Coos Bay, OR 97420

RE:  Subpoena Type: IRS Summons
     Case Name: Larson, John M
     Case No.: N/A
     JPMC File No.: ▇5176

Dear Agent Terpack:

JPMorgan Chase Bank, N.A., (JPMC) is in receipt of the IRS Summons for the above referenced matter. Based on the information you provided in the IRS Summons for the subject(s), a good faith search was conducted of our existing computer systems for any information or records related to the named subject(s). However, JPMorgan Chase Bank, N.A. was unable to locate any information or records related to the named subject(s).

Please provide additional information such as: Social Security Number, Tax Identification Number or Account Number etc. Upon receipt of the additional information from you, JPMorgan Chase Bank, N.A. will conduct another search of its existing computer systems to see if it has any information or records related to the subject(s) of the IRS Summons.

If JPMorgan Chase Bank, N.A. is able to locate information or records based upon the new information provided, it will need approximately thirty to forty-five (30 – 45) business days from receipt of the additional information to produce documents.

Please contact me directly should you obtain additional information that will assist in locating information or records for the named subject(s).

Very truly yours,

*William R Wold*
William R Wold
Subpoena Analyst



**AMERICAN STOCK**
*Transfer & Trust Company, LLC*
LINK GROUP network

Operations Center
6201 15th Avenue
Brooklyn, NY 11219
www.amstock.com
(866) 706-8371

March 11, 2011

Internal Revenue Service
455 S. 4th Street
P.O. Box 1116
Coos Bay, OR 97420

Re:        JOHN M LARSON
Company:   MAIN STREET CAPITAL CORP
Account:   ▇▇▇▇0039

Dear Sir or Madam:

We have received your request regarding the above-referenced account.

Enclosed please find our Dividend Reinvestment History which provides the dividends which were reinvested into the account since 11/30/2007.

We are also enclosing a copy of the front and back of the cancelled dividend check issued on 04/15/2009.

Please be advised there are no outstanding shares held in account number ▇▇▇▇0039, as the shares were transferred to a broker via Cede & Co. in March, 2009.

Cede & Co. is the nominee name for The Depository Trust Company, which is a clearing agent for the brokerage community. Shares held by Cede & Co. are held by various brokers, and the beneficial holders are noted on the records of the brokers. As a transfer agent, we do not have access to the information of who owns the shares held by brokers.

Should you have any further questions, please do not hesitate to contact me at (877) 777-0800, Ext. 6175.

We trust the above information is helpful.

Sincerely,

*Doreen Odom*
Doreen Odom
Shareholder Services

Enclosures (2)
DO

AST1515592000010039

# INVESTMENT STATEMENT FOR SHARES OF:

**MAIN STREET CAPITAL CORP**

AMERICAN STOCK Transfer & Trust Company, LLC
LINK GROUP network

Operations Center
6201 15th Avenue
Brooklyn, NY 11219
www.amstock.com

| STATEMENT DATE | SHARES HELD BY YOU ON STATEMENT DATE |
|---|---|
| 03/09/2011 | .000 |

JOHN M LARSON
NEW YORK, NY 10013-3478

| TRANSACTION DATE | *TYPE | AMOUNT FOR PURCHASE | SERVICE CHARGE | PRICE PER SHARE | SHARES PURCHASED | SHARES HELD BY US | * TRANSACTION TYPE |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD → | | | 51 Prior share balance |
| 1/30/07 | 60 | 7964.55 | .00 | 14.3100 | 556.572 | 556.572 | 60 Shares purchased with dividend |
| 3/21/08 | 60 | 8395.13 | .00 | 13.2700 | 632.640 | 1189.212 | 61 Shares purchased with discount discount |
| 6/12/08 | 60 | 8863.47 | .00 | 13.8037 | 642.108 | 1831.320 | 62 Shares purchased with optional cash |
| 9/12/08 | 60 | 9347.88 | .00 | 13.9393 | 670.613 | 2501.933 | 63 Shares purchased with optional cash discount |
| 10/15/08 | 60 | 3329.62 | .00 | 11.9964 | 277.552 | 2779.485 | 64 Shares received - STOCK SPLIT / STOCK DIVIDEND |
| 11/14/08 | 60 | 3364.32 | .00 | 11.3557 | 296.267 | 3075.752 | 65 Shares transferred out - GIFT |
| 12/15/08 | 60 | 3401.35 | .00 | 10.4985 | 323.984 | 3399.736 | 66 Shares DEPOSITED for safekeeping |
| 1/15/09 | 60 | 3441.85 | .00 | 9.8696 | 348.732 | 3748.468 | 67 Shares DEPOSITED by NAIC or Temper of The Times |
| 2/16/09 | 60 | 3485.44 | .00 | 10.1287 | 344.115 | 4092.583 | 68 Shares TRANSFERRED from another account |
| 3/16/09 | 60 | 3528.45 | .00 | 9.6460 | 365.794 | 4458.377 | 69 Shares CREDIT adjustment |
| 3/18/09 | 84 | .00 | 3.70 | 9.8100 | -4458.377 | .000 | 70 PARTIAL WITHDRAWAL - certificate issued for whole shares |

71 PARTIAL WITHDRAWAL - whole shares sold
72 PARTIAL WITHDRAWAL - certificate issued for whole shares; fraction sold
73 PAERIAL WITHDRAWAL - all shares sold; shareholder remains in plan
77 Shares transferred in - GIFT
80 PLAN TERMINATION - certificate issued for whole shares; fraction sold
81 PLAN TERMINATION - all shares sold
88 Shares TRANSFERRED to another account
89 Shares DEBIT adjustment

| | BY YOU | BY US | COMBINED |
|---|---|---|---|
| TOTAL SHARES HELD | .000 | .000 | .000 |

ACCOUNT NUMBER

DETACH HERE                                                                                          DETACH HERE

This duplicate statement has been prepared as requested. If your address has changed, please use this stub to notify us. If you wish to effect a transaction in this account, you may use the reverse side of this stub to instruct us. A return envelope is enclosed for your convenience.

Social Security Number

IF INCORRECT, SUPPLY CORRECT NUMBER

NAME _____

NEW ADDRESS _____

0396

InvStmnt 20110309

**MAIL THIS FORM TO AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC AT THE ADDRESS ABOVE**



# Aurora • Loan Services

Guy Williams<br>
Paralegal<br>
Direct Dial Telephone: 720-945-5379<br>
Facsimile: 720-945-3735

February 24, 2011
George J. Terpack, Jr.
455 South 4th St.
Coos Bay, OR, 97420

**SENT REGULAR U.S. MAIL**

    Re:    John M Larson
           CTM/West
           Our Borrower: TBD
           Aurora Loan Services LLC ("Aurora") (no loan)

Dear Mr. Terpack, Jr.:

Aurora Loan Services LLC is hereby responding to the Subpoena Duces Tecum received on or about February 24, 2011. We have conducted a search of our files and found no record of a loan to John M Larson.

If you have further information, such as SSN, property address, etc. suggesting that this individual has a loan with Aurora Loan Services LLC, please forward it to us. But based on the information we received with the subpoena, we are unable to identify this borrower.

It is my understanding that Aurora Loan Services LLC is hereby released from this Subpoena Duces Tecum (Summons) and has no further obligation to you regarding this specific request. If my understanding is incorrect, please notify me immediately at (720) 945-4131. Otherwise I will close my file on this matter.

We will also require proof that you have provided notice of the subpoena to our borrower(s). Thank you for your attention to this matter. Please advise if you have any questions or concerns.

Sincerely,

Guy Williams
Paralegal

Victoria Cordes for Guy Williams
Enclosures
Direct line: 720-945-4131

# JPMorganChase

William R Wold
Telephone: +1 317-757-7439
Facsimile: +1 317-757-4103

National Subpoena Processing
Mail Code IN1-4054
7610 West Washington Street
Indianapolis, Indiana 46231

03/07/2011

VIA FACSIMILE 317-757-7415ENTER REQUESTOR FAX

Revenue Agent George Terpack Jr.
IRS
455 S. 4th St.
P.O. Box 1116
Coos Bay, OR 97420

**RE:   Case Name: Larson, John M**
       **JPMC File No.: ▮▮▮▮5176**

Dear Agent Terpack:

JPMorgan Chase Bank, N.A.,(JPMC) is in receipt of the referenced subpoena for the above referenced matter. The return date is 03/14/2011. (JPMC) will not be able to produce the documents requested until 04/08/2011 due to the amount of information requested.

Please indicate your approval of this extension by signing in the space provided below and return by fax to me at the number indicated above. Should you have questions regarding this request for extension, please contact me directly at +1 317-757-7439.

Yours truly,

*[signature: William R. Wold]*

William R Wold
Subpoena Analyst


Extension Approved:

_____
By:

Date:_____

# JPMorganChase

Citicrop Data Systems Incorporated    Tel  210-677-6500
Litigation Support                    Fax  210-677-6515
100 Citibank Drive
San Antonio, TX 78245



February 24, 2011

IRS/Department of the Treasury
455 South 4th St.
Coos Bay, OR  97420
Attn:  George J. Terpack, Jr.

    RE:  Subpoena in the Matter of John M. Larson
        Citi Reference:  ▮▮▮▮3221

Dear Mr. Terpack:

We are in receipt of your subpoena for bank records.  Based on the information provided, a search of our records has not identified any information responsive to your subpoena.  If you have any additional information such as a social security number and/or an address we will gladly conduct further research.

If you require documents or information regarding Investments, you must serve separate subpoenas to one of the following addresses:

    Citi Personal Wealth Management    Morgan Stanley Smith Barney LLC
    c/o Legal Service Intake Unit    485 Lexington Avenue, 14th flr.
    One Court Square, 10th Flr.    New York, NY  10017
    Long Island City, NY  11120    ATTN: Kelly Rodriguez

If you have any questions or require other information, please call the undersigned at (210)677-6984.

Sincerely,

*Blanca M. Garcia, Paralegal*
Litigation Support Unit

6.

The U.S. Service Center performs customer account servicing for Citibank, N.A., Citibank (New York State), Citibank (South Dakota), N.A., Citibank (Nevada), N.A., Citibank, F.S.B. and Citibank (West) F.S.B.

**Wells Fargo Bank NA**
**Subpoena Processing East**
**PO Box 8667 Y1372-110**
**Philadelphia, PA 19101**
**215-973-4000**

March 02, 2011

I.R.S.
George J. Terpack, Jr.
455 South 4th Street
PO Box 1116
Coos Bay, OR 97420

Re: Subpoena Received: 3/1/2011
     IRS vs. JOHN M LARSON
     Case No: 2496441

Dear Sir or Madam:

We are in receipt of your subpoena for documents related to the above referenced matter. However, after reviewing the records of only Wells Fargo, we are unable to locate any information relating this subpoena. In order for us to comply with the subpoena, you must provide us with additional information as soon as possible. Such additional information includes:

- Social Security Number or Tax ID Number
- Address
- Date of Birth
- Full Name (first name, last name, middle initial and any variations of name)

Furthermore, please be aware that our search for records is limited to accounts relating to only Wells Fargo.

Please mail any additional information to the Subpoena Department at the address listed above. If we do not receive this information, Wells Fargo will have satisfied its duties under the subpoena and no further action on its part is considered necessary.

If you have any questions or concerns, please do not hesitate to contact our office.

Sincerely,

Subpoena Department
Legal Order Processing
Wells Fargo Bank NA


