MELINDA L. HAAG
United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

JAMES E. WEAVER
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-4929
james.e.weaver@usdoj.gov
adair.f.boroughs@usdoj.gov

*Attorneys for the United States of America*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LARSON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | NO. C 11-03093-WHA <br><br> **DECLARATION OF JAMES HOCKETT** |

I, James Hockett, declare as follows:

1. I am currently employed by the Internal Revenue Service (IRS) as an Appeals Officer, with a post of duty in Denver, Colorado.

2. I have been employed by the IRS for 24 years.

3. In the course of my duties, I was assigned to conduct a hearing at the Office of Appeals with respect to the jeopardy assessment for John Larson ("the taxpayer") on March 10, 2011.

4. I am competent to testify in the above-captioned matter because I am the Appeals Officer who conducted the taxpayer's hearing with respect to the jeopardy assessment.

1

5. In a letter dated March 16, 2011, I requested the taxpayer's representative, Kevin Planneger, be prepared to discuss and to provide supporting documentation regarding the taxpayer's specific assets that are currently within the reach of the U.S. Government. A copy of the letter is attached hereto as **Exhibit A**.

6. I conducted a hearing for the taxpayer on March 23, 2011, and April 12, 2011.

7. The taxpayer did not provide, at either of the hearings, information or supporting documentation regarding assets within the reach of the U.S. Government that I requested.

8. During the hearings, the taxpayer's representative admitted that the taxpayer owned two foreign trusts, named Concord and Traverse.

9. During the hearings, the Taxpayer's representative admitted that the Taxpayer controlled foreign trust accounts on Guernsey Island.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2011

James Hockett
IRS Appeals Officer