MELINDA L. HAAG
United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

JAMES E. WEAVER
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-4929
james.e.weaver@usdoj.gov
adair.f.boroughs@usdoj.gov

*Attorneys for the United States of America*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LARSON | ) NO. C 11-03093-WHA |
| Plaintiff, | ) DECLARATION OF KEVIN BANKS |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

I, Kevin Banks, declare as follows:

1. I am currently employed by the Internal Revenue Service (IRS) as a Revenue Agent, with a post of duty in San Francisco, California.

2. I have been employed by the IRS for 10 years.

3. In the course of my duties, I was assigned to investigate the impositions of penalties against John Larson ("the taxpayer") pursuant to I.R.C. § 6707. I.R.C. § 6707 imposes a penalty against any person who is required to register a tax shelter pursuant to I.R.C. § 6111 and who fails to do so.

4. I am competent to testify in the above-captioned matter because I am the Revenue Agent who conducted the investigation of the taxpayer with respect to the Section 6707 penalty.

1

5. On October 12, 2010, I provided a draft Information Document Request ("IDR") to the taxpayer's representative.

6. On November 26, 2010, I faxed a final IDR to the taxpayer's representative, Kevin Planegger. Responses to the IDR were due January 7, 2011. The IDR included requests for the fair market value of all offshore accounts, the fair market value of other assets, and other documents relevant to the taxpayer's financial position. A copy of the IDR is attached hereto as **Exhibit A**.

7. On November 30, 2010, I verbally agreed to extend the due date for responses to the IDR to January 26, 2011.

8. On February 15, 2011, I verbally agreed to extend the due date for responses to the IDR to March 17, 2011, 30 days from February 15, 2011.

9. As of the date of this declaration, I have not received any information from the taxpayer (or his representatives) responsive to the IDR issued on November 26, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2011

Kevin Banks
IRS Revenue Officer