# EXHIBIT A

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request #<br><br>KB: 1 |
|---|---|---|
| To:<br>John Larson<br><br>John M. Larson #▮▮▮▮-054<br>▮▮▮▮▮▮<br>Federal Correctional Institution<br>P.O. Box 6000<br>Anthony, TX 88021 | Subject:<br>6707 Penalties<br><br>Submitted to:<br>    Kevin Planegger<br>Dates of Previous Requests:<br>    n/a | |

1. Personal financial statements signed under penalties of perjury for separate and jointly held assets/liabilities of the taxpayer that include, but not limited to:
    a. Fair market value of interests in partnerships, LLCs, LLPs, corporations, trusts, and joint ventures.
    b. Fair market value of other investments, including stocks, bonds, real estate, brokerage accounts, and other investment accounts.
    c. Fair market value of pension plans, IRAs, other retirement accounts, and life insurance policies cash values.
    d. Fair market value of offshore accounts.
    e. Fair market value of all other personal assets including, home, cars, watercrafts, other recreational vehicles, jewelry art work, collections, antiques and other assets.
    f. Checking and savings accounts, money market accounts, certificate of deposits.
    g. Listing of each liability of the taxpayer along with copies of recent statements and identification of property encumbered.

**Note: for each item above, indicate whether or not the asset is jointly held and the method used to value the asset. Include copies of all materials used to determine amounts included in financial statement.**

2. Credit report less than 30 days old.

3. Divorce Decree or Prenuptial Agreement (add this if divorced, recently married, or not known).

4. Copies of 2 most recent filed Form 1040s with all attachments.

5. Copies of the 2 most recent filed income returns for all S Corporation, Partnership, Trust returns, including Schedule K-1 for ownership interests greater than 5 percent.

6. Copies of Schedule K-1 for all ownership interests of 5 percent or less.

7. Detailed explanation of recent changes in financial position of taxpayer.

8. Forward-looking statement on anticipated changes in financial position.

| Information Due By | 1/7/2010 | At Next Appointment | | Mail In | | x |
|---|---|---|---|---|---|---|

| FROM | Name and Title of Requestor<br> Kevin Banks #0249733<br>Internal Revenue Agent | | Date:<br>11/26/2010 |
|---|---|---|---|
| | Office Location:<br>**450 Golden Gate Avenue, MS: 6107**<br>**San Francisco, CA 94102** | Phone: 415-522-6174 | |

Form 4564