MELINDA L. HAAG
United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

JAMES E. WEAVER
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-4929
james.e.weaver@usdoj.gov
adair.f.boroughs@usdoj.gov

*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN LARSON** | ) NO. C 11-03093-WHA |
| Plaintiff, | ) ERRATA FILING WITH RESPECT TO |
| | ) RESPONSE OF THE UNITED STATES |
| v. | ) TO PLAINTIFF'S COMPLAINT |
| | )(DOCKET NO. 19) |
| **UNITED STATES OF AMERICA,** | ) |
| Defendant. | ) |

The United States filed a Response to Plaintiff's Complaint on July 8, 2011, along with supporting declarations. One of those declarations was made by IRS Revenue Agent George Terpack, who discussed line item adjustments forming the basis for the underlying tax liabilities of Mr. Larson.

Revenue Agent Terpack's declaration sets forth IRS positions with respect to the line items. Unfortunately, in three instances, the undersigned counsel misquoted the Terpack declaration.

The following line in the Government's Response need to be corrected as follows to conform to the underlying Terpack declaration, as timely filed:

1

**A.    Correction to numbered paragraph 27**

Numbered paragraph **27 at 13:2-4** of the United States' Response should read as follows:

27.    The $922,064 addition to income arises out of Larson's personal participation in an abusive Son-of-Boss shelter sham transaction. (Terpack Dec. ¶ 19).

Please strike the erroneous filing which read as follows:

~~27.    The $922,064 addition to income arises out of Larson's personal participation in two abusive tax shelters: a "CARDS" shelter and a Son-of-Boss sham transaction. (Terpack Decl. ¶ 19).~~

**B.    Correction to numbered paragraph 32a**

Numbered paragraph **32a at 13:27 - 14:1** of the United States' Response should read as follows:

a.    Net capital gain of $2,114,443, as the result of a disallowed net short-term capital loss that flowed through from Torpre, Inc. as a result of Torpre, lnc.'s participation in a "Son of Boss" transaction; and a long-term capital loss that flowed through from the sale of Prevad.

Please strike the erroneous filing which read as follows:

~~a.    Net capital gain of $2,114,443, as the result of a disallowed net short-term capital loss that flowed through from Torpre, Inc. as a result of Torpre, Inc.'s participation in a "Son of Boss" transaction;~~

**C.    Correction to numbered paragraph 33**

Numbered paragraph 33 at 14:9-10 of the United States' Response should read as follows:

33.    The $2,114,443 addition to income arises out of Larson's personal participation in two abusive BLIPS sham transactions. (Terpack Decl. ¶ 25).

Please strike the erroneous filing which read as follows:

~~33.    The $2,114,443 gain arises out of Larson's personal participation in an abusive BLIPS sham transaction. (Terpack Decl. ¶ 25).~~

The undersigned regret not having caught these errors prior to the filing deadline.

//

Dated: July 11, 2011

                                      MELINDA L. HAAG
                                      United States Attorney

                                      */s/James E. Weaver*
                                      James E. Weaver
                                      Adair F. Boroughs
                                      Trial Attorneys, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 683, Ben Franklin Station
                                      Washington, D.C. 20044-0683
                                      Telephone: (202) 305-4929

**CERTIFICATE OF SERVICE**

It is hereby certified that service of this Errata Notice has been made this 11th day of July, 2011 by the CM/ECF system and also by placing copies in the United States mail in postage prepaid envelopes addressed to the following:

Ted Merriam
Kevin Planegger
MERRIAM LAW FIRM, P.C.
1625 Broadway, Suite 770
Denver, CO 80202

and

Steven M. Bauer
Margaret A. Tough
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Attorneys for Plaintiff

                                                /s/ James E. Weaver
                                                Trial Attorney
                                                United States Department of Justice