1  MELINDA L. HAAG
   United States Attorney
2  450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
3
   JAMES E. WEAVER
4  ADAIR F. BOROUGHS
   Trial Attorneys, Tax Division
5  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
6  Washington, D.C.  20044-0683
   Telephone: (202) 305-4929
7  james.e.weaver@usdoj.gov
   adair.f.boroughs@usdoj.gov
8
   *Attorneys for the United States of America*
9

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN LARSON** | ) NO.  C 11-03093-WHA |
|  | ) |
| **Plaintiff,** | ) ERRATA FILING WITH RESPECT TO |
|  | ) THE DECLARATION OF JAMES |
| v. | ) WEAVER |
|  | )(DOCKET NO. 20) |
| **UNITED STATES OF AMERICA,** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

The United States filed a Declaration of James Weaver in support of its Response to Plaintiff's Complaint on July 8, 2011 (Docket No. 20).

Through inadvertent error, Exhibits A and B to the Weaver Declaration were not attached to the e-filing.  Instead, two exhibits to the Terpack Declaration were filed.

Exhibit A to the Weaver Declaration is a copy of the final judgment in the *Stein* case against Mr. Larson filed on April 24, 2009  (Docket No. 1459) obtained through Pacer.

Exhibit B to the Weaver Declaration is a copy of the Superseding Indictment filed on October 17, 2005 (Docket Nos. 57 and 57-2) obtained through Pacer.

Again, the United States regrets the error in filing.

1

Dated: July 11, 2011

        MELINDA L. HAAG
        United States Attorney

        */s/James E. Weaver*
        James E. Weaver
        Adair F. Boroughs
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, D.C.  20044-0683
        Telephone: (202) 305-4929

**CERTIFICATE OF SERVICE**

It is hereby certified that service of this Errata Notice has been made this 11th day of July, 2011 by the CM/ECF system and also by placing copies in the United States mail in postage prepaid envelopes addressed to the following:

Ted Merriam
Kevin Planegger
MERRIAM LAW FIRM, P.C.
1625 Broadway, Suite 770
Denver, CO 80202

and

Steven M. Bauer
Margaret A. Tough
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Attorneys for Plaintiff

/s/ James E. Weaver
Trial Attorney
United States Department of Justice