MERRIAM LAW FIRM, P.C.
  Ted Merriam
  Kevin Planegger
  *Admitted pro hac vice*
1625 Broadway, Suite 770
Denver, CO 80202
Telephone: (303) 592-5404
Facsimile: (303) 592-5439

LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
  Margaret A. Tough (Bar No. 218056)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
*steven.bauer@lw.com*
*margaret.tough@lw.com*

Attorneys for Plaintiff
JOHN LARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LARSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. CV 11-3093-WHA<br><br>**PLAINTIFF'S REQUEST TO TEMPORARILY REMOVE CONFIDENTIAL FINANCIAL INFORMATION FROM PACER** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 11-CV-3903-WHA
REQUEST TO TEMPORARILY REMOVE HIGHLY
CONFIDENTIAL MATERIAL FROM PACER

1 | Plaintiff John Larson respectfully requests that the Court temporarily remove certain of Mr. Larson's personal and highly confidential information from PACER and the public court files. In support of this request, Mr. Larson states as follows:

1. On July 8, 2011, the government filed a "Response of the United States to Plaintiff's Complaint" (Dkt. # 19), as well as numerous declarations and exhibits in support of that response. (Dkt. ## 20-25). The government's filings contain highly confidential and personal information regarding Mr. Larson, such as bank account information, a personal net worth statement and the like.

2. Counsel for Mr. Larson contacted counsel for the government later that day to raise concerns about the highly confidential nature of some of that information, and asked the government to remove it. Although the parties exchanged emails over the weekend, the government declined to speak with counsel for Mr. Larson until this morning, July 11, 2011. In that call, the government indicated that it does not agree that this information is private and confidential.

3. Mr. Larson respectfully requests that the Court temporarily remove the following documents from PACER: Dkt. # 19 (Response); Exhibits A, B and I to Dkt. #20 (Weaver Declaration); Dkt. # 25 (Terpack Declaration) in its entirety (including Exhibits A, B and C thereto) and Exhibit A to Dkt. # 26 (Hockett Declaration).

4. Mr. Larson will file an administrative motion to seal pursuant to Local Rule 79-5 as soon as possible, and will prepare redacted versions of these documents suitable for filing in the public record.

Dated: July 11, 2011

Respectfully submitted,

LATHAM & WATKINS LLP
  Steven M. Bauer
  Margaret A. Tough


By _____/s/_____
  Margaret A. Tough
  Attorneys for Plaintiff
  John Larson

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 11-CV-3903-WHA
REQUEST TO TEMPORARILY REMOVE HIGHLY
CONFIDENTIAL MATERIAL FROM PACER