MELINDA L. HAAG
United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

JAMES E. WEAVER
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-4929
james.e.weaver@usdoj.gov
adair.f.boroughs@usdoj.gov

*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN LARSON** | ) NO. C 11-03093-WHA |
| Plaintiff, | ) NOTICE OF OPPOSITION |
| v. | ) OF THE UNITED STATES TO |
| **UNITED STATES OF AMERICA,** | ) PLAINTIFF'S NOTICE |
| Defendant. | )(DOCKET NO. 30) |

 The United States opposes the Plaintiff's Notice and requests an opportunity to expeditiously file a brief opposing the relief sought by the Plaintiff.

 The Plaintiff's personal financial circumstances during the years at issue (and actions that he took, or failed to take, with respect to his personal finances) are at the core of this case. Although the United States has no desire or intention to go out of its way to publicize information, absent compelling circumstances of which the United States is unaware, evidence concerning the Plaintiff's financial situation, to the extent utilized at trial or in support of a dispositive filing (such as the filing of the United States on July 8, 2011) should be available to the public, both on common law and First Amendment principles. *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597-98 (1978); *Kamakana v. City & County of Honolulu,*

447 F.3d 1172, 1178 (9th Cir. 2006); *see also Schroer v. United States*, No. 07-CV-00690, 2007 WL 3024438 at *1 (D. Colo. Oct. 15, 2007) (Boland, Magistrate Judge) ("By bringing this action for refund, the plaintiff has put directly at issue the 'tax records, other private financial information, and other non-public information regarding plaintiff's personal affairs' which otherwise might be viewed as confidential.") There is good reason for this: financial information that might, in other contexts, be tangential to the merits of a dispute, is core evidence in a suit of the type brought by Plaintiff.

Dated: July 11, 2011

          MELINDA L. HAAG
          United States Attorney

          */s/James E. Weaver*
          James E. Weaver
          Adair F. Boroughs
          Trial Attorneys, Tax Division
          U.S. Department of Justice
          P.O. Box 683, Ben Franklin Station
          Washington, D.C. 20044-0683
          Telephone: (202) 305-4929

**CERTIFICATE OF SERVICE**

It is hereby certified that service of this Notice has been made this 11th day of July, 2011 by the CM/ECF system and also by placing copies in the United States mail in postage prepaid envelopes addressed to the following:

Ted Merriam
Kevin Planegger
MERRIAM LAW FIRM, P.C.
1625 Broadway, Suite 770
Denver, CO 80202

and

Steven M. Bauer
Margaret A. Tough
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

Attorneys for Plaintiff

/s/ James E. Weaver
Trial Attorney
United States Department of Justice