IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LARSON, | No. C 11-03093 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    For the reasons stated in the accompanying order upholding the jeopardy assessment and jeopardy levy, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff.  The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: July 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE