IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN LARSON,

      Plaintiff,

  v.

UNITED STATES OF AMERICA,

      Defendant.
                                     /

No. C 11-03093 WHA

**ORDER DENYING REQUEST TO LOCK PUBLIC FILINGS**

      Plaintiff "requests that the Court temporarily remove certain of Mr. Larson's personal and highly confidential information from PACER and the public court files." Specifically, Mr. Larson intends to file an administrative motion to seal portions of defendant's response and supporting documents "as soon as possible," and he requests that public access to those filings be suspended in the meantime (Dkt. No. 30).

      Good cause not having been shown, the request is **DENIED**. Account numbers, social security numbers, birth dates, and other sensitive personal information already has been redacted from the filings in question. The information plaintiff seeks to protect is "bank account information, a personal net worth statement and the like" (*ibid.*). Plaintiff, however, provides no authority for the proposition that his personal finances should be shielded from public scrutiny. Indeed, our court of appeals has held that compelling reasons are required to seal documents used in dispositive proceedings. *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Generally, only social security numbers, names of juveniles, home addresses and phone numbers, and trade secrets of a compelling nature will qualify. The information plaintiff seeks to protect simply is not sealable.

      **IT IS SO ORDERED.**

Dated: July 11, 2011.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California